**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **HealthSpot Inc.** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-3677250** |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **545 Metro Place South**<br>**Suite 430**<br>**Dublin, OH 43017**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Franklin**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.healthspot.net** |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor    **HealthSpot Inc.**
_____
Name

Case number (*if known*) _____

**7.  Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
__**1498**__

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **HealthSpot Inc.**                                          Case number (*if known*)
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>Contact name _____<br>Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | .   *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | |
|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | |
|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | |
|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   **HealthSpot Inc.**

Name

Case number (*if known*)

---

■ **Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2016**
MM / DD / YYYY

**X** **/s/ Steve Cashman**

Signature of authorized representative of debtor

**Steve Cashman**

Printed name

Title   **Board Appointed Representative**

---

**18. Signature of attorney**

**X** **/s/ David M. Whittaker Esq.**

Signature of attorney for debtor

Date **January 13, 2016**
MM / DD / YYYY

**David M. Whittaker Esq.**

Printed name

**Bricker & Eckler LLP**

Firm name

**100 South Third Street**
**Columbus, OH 43215**

Number, Street, City, State & ZIP Code

Contact phone **614-227-2355**

Email address **dwhittaker@bricker.com**

**0019307**

Bar number and State

---

**Fill in this information to identify the case:**

Debtor name      **HealthSpot Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2016**          *X* **/s/ Steve Cashman**
_____
Signature of individual signing on behalf of debtor

**Steve Cashman**
_____
Printed name

**Board Appointed Representative**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **HealthSpot Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $ _____**5,169,360.50**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $ _____**5,169,360.50**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................    $ _____**1,629,048.20**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................................    +$ _____**21,645,807.22**

4.    **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b    $ _____**23,274,855.42**

**Fill in this information to identify the case:**

Debtor name    **HealthSpot Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **Key Bank** | **Checking** | 8226 | **$85,165.19** |
| 3.2.. | **Key Bank** | **Checking** | 0305 | **$4,430.71** |
| 3.3.. | **Key Bank** | **Checking** | 1170 | **$228.80** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$89,824.70** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. | **Retainer for legal services with Dickinson Wright PLLC - may be subject to setoff** | **$11,534.90** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      **HealthSpot Inc.**                                          Case number *(If known)* _____
            Name

---

7.2..  **Security deposit of $15,845.60 with Right Way Supply Chain Solutions LLC reagrding lease of warehouse space at 776 Morrison Rd. Gahanna OH - may be subject to setoff**                                                      **$15,845.60**

---

7.3..  **Retainer for legal services with Bennett Jones - may be subject to setoff**                                                      **$5,000.00**

---

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

8.1..  **Cash advance to Steve Cashmen - may be subject to setoff**                                                      **$3,229.73**

---

8.2..  **Cash advance to Ryan Rimmel - may be subject to setoff**                                                      **$2,000.00**

---

8.3..  **Prepayment to BMC - may be subject to seroff**                                                      **$10,332.91**

---

8.4..  **Prepayment to Vidyo Inc. - may be subject to setoff**                                                      **$2,351.59**

---

8.5..  **Prepayment to Paessler - may be subject to setoff**                                                      **$900.00**

---

8.6..  **Prepayment to CDW - may be subject to setoff**                                                      **$1,261.32**

---

8.7..  **Prepayment to Oracle Inc. - may be subject to setoff**                                                      **$2,951.32**

---

9.     **Total of Part 2.**                                                      **$55,407.37**
       Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:          **0.00**          -          **0.00**   =....          **$0.00**
                          face amount                doubtful or uncollectible accounts

---

Debtor    **HealthSpot Inc.**                                          Case number *(If known)* _____
         Name

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **506,462.22** | - | **50,000.00** | =.... | **$456,462.22** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**                                                          | **$456,462.22** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** | | | | |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** **Telemedicine Kiosks - approximately 137 in the possessio of the Debtor** | late 2015 | **$1,824,731.34** | **Recent cost** | **$1,824,731.34** |
| | **Telemedicine Kiosks - approximatley 54 in the possession of customers pursuant to agreements** | late 2015 | **$1,264,841.28** | **Recent cost** | **$1,264,841.28** |
| | **Demonstration kiosks** | | **$81,265.00** | **Replacement** | **$81,265.00** |
| **22.** | **Other inventory or supplies** **Other inventory and parts** | late 2015 | **$412,464.98** | **Recent cost** | **$412,464.98** |

**23.** **Total of Part 5.**                                                          | **$3,583,302.60** |
Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **HealthSpot Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office Furniture, Non-Leased Computers & Laptops** | **$336,123.37** | **Recent cost** | **$336,123.37** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$336,123.37** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. | **2000 Lexus RX300** | **$2,300.00** | **NADA** | **$2,300.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **HealthSpot Inc.**                                          Case number *(If known)* _____
                 Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Toolinig**                                   $645,940.24    Replacement              $645,940.24

51.  **Total of Part 8.**                                                              $648,240.24
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Registered trade name "HealthSpot"** | $0.00 | | Unknown |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** **Software costs capitalized** | $4,160,522.71 | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** **Intellectual property rights and patents associated with the telemedicine business of the Debtor** | $521,103.34 | | Unknown |
| 65.  **Goodwill** | | | |

| Debtor | **HealthSpot Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**66.** **Total of Part 10.**                                                                                                                                                     $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

Part 11:   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)
**Promissory Note owed by Steve Cashman for the purchase of stock of the Debtor and secured by the stock**

375,000.00  -  375,000.00  =
Total face amount       doubtful or uncollectible amount

$0.00

**Promissory Note owed by Steve Cashman to the Debtor for the purchase of stock and secured by the stock**

200,000.00  -  200,000.00  =
Total face amount       doubtful or uncollectible amount

$0.00

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
**Philadelphia Insurance Companies Liability Policy - with bankruptcy exclusions, may not provide coverage and may not be property of the bankruptcy estate**

Unknown

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **HealthSpot Inc.** | Case number *(If known)* | |
| | Name | | |

**The Debtor has filed a lawsuit against Computerized Screening Inc. to enforce intellectual property rights of record as Case No. 14 cv 00804 US District Court for the Northern District of Ohio Eastern Division. The Debtor was successful in the District Ct. in obtaining an order that Computerized Screening Inc. did not have rights in the Debtor's intellectual property and Computerized Screenign Inc. has appealed that decision to the Court of Appeals.**

**Unknown**

| Nature of claim | Enforcement of intellectual property rights |
| --- | --- |
| Amount requested | **$0.00** |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **HealthSpot Inc.** _____     Case number *(If known)* _____

Name

---

| **Part 12:** | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $89,824.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $55,407.37 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $456,462.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,583,302.60 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $336,123.37 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $648,240.24 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,169,360.50 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,169,360.50 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **HealthSpot Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
                                                                                                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | **Ohio Development Services Agency** | Describe debtor's property that is subject to a lien | $1,629,048.20 | $5,167,360.50 |

Creditor's Name

**Attn. Loan Servicing Office
77 South High Street 28th Floor
Columbus, OH 43215**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Blanket lien on all non-titled assets**

**Describe the lien**
**security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,629,048.20 |

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

**Fill in this information to identify the case:**

Debtor name    **HealthSpot Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,575.00** |
|---|---|---|---|
| | **ADA Compliance Consultants** | *Check all that apply.* | |
| | **1002 River Rock Dr.** | ☐ Contingent | |
| | **Suite 121** | ☐ Unliquidated | |
| | **Folsom, CA 95630** | ☐ Disputed | |
| | | Basis for the claim: | |
| | | **Business related services** | |
| | Date or dates debt was incurred   **During 2015** | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number   _____ | ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,850.00** |
|---|---|---|---|
| | **Alchemy Graphics** | *Check all that apply.* | |
| | **321 Chestnut St.** | ☐ Contingent | |
| | **Roselle Park, NJ 07204** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | | **Business related services** | |
| | Date or dates debt was incurred   **During 2015** | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number   _____ | ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     35275                           Best Case Bankruptcy

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.44 |
|---|---|---|---|

**American Electric Power**
**PO Box 24417**
**Canton, OH 44701-4417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business utility services**

Date or dates debt was incurred     **During 2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.34 |
|---|---|---|---|

**Arena Solutions Inc.**
**110 Marsh Rd.**
**Second Floor**
**San Mateo, CA 94404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **During 2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478,043.08 |
|---|---|---|---|

**Arrow Electronics Inc.**
**OEM Computing Solutions Group**
**7459 S. Lima Street**
**Englewood, CO 80112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **Durinig 2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,282.83 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business telephone services**

Date or dates debt was incurred     **During 2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

Debtor    **HealthSpot Inc.**                                          Case number (if known)
_____
Name

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.88 |
|---|---|---|---|

**Atchley Signs**
**1171 West Third Ave.**
**Columbus, OH 43212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 |
|---|---|---|---|

**Barski Drake Browne PLC**
**14500 N. Northsight Blvd.**
**#200**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Professinal services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,097.21 |
|---|---|---|---|

**Bennett Jones LLP**
**PO Box 130**
**3400 One First Canadian Place**
**Tornonto  M5X1A4, ON**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Professional services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,000.00 |
|---|---|---|---|

**BT HealthSpot Investments LP**
**79 Plummer McCullough Rd.**
**Mercer, PA 16137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Convertible Promissory Note**

Date or dates debt was incurred    **January 2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** |
|---|---|---|---|

**BTRx Initiatives LLC**
**307 Edwards Ferry Rd.**
**Leesburg, VA 20176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number          ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37,808.69** |
|---|---|---|---|

**Caster Communications**
**155 Main Street**
**Wakefield, RI 02879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number          ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,230.43** |
|---|---|---|---|

**CDW**
**75 Remittance Drive**
**Chicago, IL 60675-1515**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number          ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,360.00** |
|---|---|---|---|

**Cerdant**
**PO Box 25505**
**Dublin, OH 43017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number          ☐ Yes

---

Debtor **HealthSpot Inc.**
_____ Case number (if known) _____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.04 |
|---|---|---|---|

**Columbia Gas of Ohio Inc.**
PO Box 742510
Cincinnati, OH 45274-2510

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business utility services**

Date or dates debt was incurred **During 2015**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**Computerized Screening Inc.**
9550 Gateway Dr.
Reno, NV 89521

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for infringemnt of intellectual property rights: the Debtor was successful in the trial court and this claimant has appealed that decision**

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
■ Yes

Last 4 digits of account number _____

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000,000.00 |
|---|---|---|---|

**Connected Health Innovations Inc.**
1400 Lake Hearn Drive NE
Atlanta, GA 30319

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Convertible Promissory Note**

Date or dates debt was incurred **January 2014**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $869.19 |
|---|---|---|---|

**Continental Office Enviornments**
2601 Silver Dr.
Columbus, OH 43211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business related services**

Date or dates debt was incurred **During 2015**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **HealthSpot Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,976.14 |
|---|---|---|---|

**Creative Financial Staffing LLC**
PO Box 95111
Chicago, IL 60694-5111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | | $1,125.79 |
|---|---|---|---|

**Diversified Assemlies Inc.**
PO Box 5039
Shelby, OH 44875

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | | $25,000.00 |
|---|---|---|---|

**Dunnhumby**
PO Box 638865
Cincinnati, OH 45263-8865

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | | $24,505.38 |
|---|---|---|---|

**EAG**
2130 Arlington Ave.
Columbus, OH 43221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| Debtor | **HealthSpot Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,191.42 |
|---|---|---|---|
| | **Executive Travel Planners Inc.**<br>**6260 S. Sunbury Rd.**<br>**Suite 4**<br>**Westerville, OH 43081** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Business related services** | |
| | Date or dates debt was incurred    **During 2015** | **Is the claim subject to offset?**<br><br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,945.79 |
|---|---|---|---|
| | **Expedient**<br>**Continental Broadband LLC**<br>**PO Box 645209**<br>**Pittsburgh, PA 15264-5209** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Business related services** | |
| | Date or dates debt was incurred    **During 2015** | **Is the claim subject to offset?**<br><br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $469,500.74 |
|---|---|---|---|
| | **Fay Sharpe LLP**<br>**Attn. Brian Turung Esq.**<br>**The Halle Building 5th Floor**<br>**Cleveland, OH 44115** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Professional services** | |
| | Date or dates debt was incurred    **During 2014 &**<br>**2015** | **Is the claim subject to offset?**<br><br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,797.39 |
|---|---|---|---|
| | **FedEx**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Business related services** | |
| | Date or dates debt was incurred    **During 2015** | **Is the claim subject to offset?**<br><br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| Debtor | **HealthSpot Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $483.49 |
| | **Gordon Flesh**<br>**PO Box 73288**<br>**Cleveland, OH 44193-0002** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $105,275.00 |
| | **HMB**<br>**570 Polaris Parkway**<br>**Suite 125**<br>**Westerville, OH 43082** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,154.02 |
| | **Hopkins Printing**<br>**PO Box 951404**<br>**Cleveland, OH 44193** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,688.00 |
| | **Humble Construction Co.**<br>**1180 Carlisle St.**<br>**Bellefontaine, OH 43311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**
**Leasehold improvements**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 |
| --- | --- | --- | --- |

**Ice Miller LLP**
**27230 Network Place**
**Chicago, IL 60673-1272**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Legal Services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,240.00 |
| --- | --- | --- | --- |

**Information Control Corporation**
**2500 Corporate Exchange Dr.**
**Suite 310**
**Columbus, OH 43231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business related services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,425.40 |
| --- | --- | --- | --- |

**Kelly Services**
**PO Box 820405**
**Philadelphia, PA 19182-0405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business related services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.70 |
| --- | --- | --- | --- |

**Keylingo Translations**
**2 Ravinia Dr.**
**Suite 500**
**Atlanta, GA 30346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business related services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| Debtor | **HealthSpot Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103,826.67 |
|---|---|---|---|

**King Business Interiors**
6155 Huntley Rd.
Suite D
Columbus, OH 43229

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**KPMG Corporate Finance LLC**
**Attn. William G,. Welnfofer**
**Managing Director**
**200 E. Randolph Dr. Suite 5500**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Professional services**

Date or dates debt was incurred   **During 2015 & 2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,512.62 |
|---|---|---|---|

**KTM2 LLC**
**6701 West 64th Street**
**Suite 125**
**Overland Park, KS 66207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Converetible Promissory Note**

Date or dates debt was incurred   **January 2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.56 |
|---|---|---|---|

**Local Waste Services Ltd.**
**PO Box 554747**
**Detroit, MI 48255-4747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $16,875.00 |
|---|---|---|---|

**Make It Pretty Inc.**
**10158 Windsor Way**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $16,900.00 |
|---|---|---|---|

**Mayo Foundation For Medical Education**
**& Research**
**200 West First Street SW**
**Rochester, MN 55905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deferred revenue**

Date or dates debt was incurred   **2014-2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,500,000.00 |
|---|---|---|---|

**McDoanld HealthSpot LLC**
**C/O McDoanald Partners LLC**
**959 W. St. Clair Ave.**
**Cleveland, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Convertible Promissory Note**

Date or dates debt was incurred   **January 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $479,570.00 |
|---|---|---|---|

**Medventures/Cloud MD**
**Attn. Shaz Khan**
**15 Allstate Parkway**
**Markham ON L3R 5B4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deferred revenue**

Date or dates debt was incurred   **2014-2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $40,000.00 |
| | **Mitchell Silver** | Check all that apply. | |
| | **7755 Arboretum Court** | ☐ Contingent | |
| | **New Albany, OH 43054** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | **Convertible Promissory Note** | |
| | Date or dates debt was incurred   **January 2015** | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $57,000.00 |
| | **NewCrop LLC** | Check all that apply. | |
| | **Accounts Payable** | ☐ Contingent | |
| | **9055 Soquel Dr.** | ☐ Unliquidated | |
| | **#H** | ☐ Disputed | |
| | **Aptos, CA 95003** | | |
| | | **Basis for the claim:** | |
| | | **Business related services** | |
| | Date or dates debt was incurred   **During 2015** | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $55,682.00 |
| | **Nottingham Spirk** | Check all that apply. | |
| | **2200 Overlook Road** | ☐ Contingent | |
| | **Cleveland, OH 44106** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | **Business related services** | |
| | Date or dates debt was incurred   **During 2015** | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $985.10 |
| | **Office Depot** | Check all that apply. | |
| | **PO Box 630813** | ☐ Contingent | |
| | **Cincinnati, OH 45263-0813** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | **Business related services** | |
| | Date or dates debt was incurred   **During 2015** | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,100.00 |
|---|---|---|---|

**Ohio Chamber of Commerce**
**230 East Town Street**
**Columbus, OH 43215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Membership fee**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,949.43 |
|---|---|---|---|

**Ometek Incorporated**
**790 Cross Pointe Rd.**
**Columbus, OH 43230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.98 |
|---|---|---|---|

**Pitney Bowes**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 |
|---|---|---|---|

**Pro Football Hall of Fame**
**Enshrinement Festival**
**222 Market Ave. N**
**Canton, OH 44702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business marketing**

Date or dates debt was incurred    **During 2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

Debtor   **HealthSpot Inc.**                                                 Case number (if known) _____
_____
Name

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,437.50 |
|---|---|---|---|

**3.51**

Nonpriority creditor's name and mailing address
**Product Safey Consulting Inc.**
**605 Country Club Dr.**
**Suites I & J**
**Bensenville, IL 60106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business related services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**$7,437.50**

---

**3.52**

Nonpriority creditor's name and mailing address
**Promedica Physicians**
**& Continuum Services**
**Attn. Paul Muneio**
**5855 Monroe Street**
**Sylvania, OH 43560**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deferred revenue**

Date or dates debt was incurred    **2014-2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**$30,000.00**

---

**3.53**

Nonpriority creditor's name and mailing address
**Richard Benson**
**Moose Design**
**608 Jackson Street**
**Lafayette, CO 80026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business related services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**$31,987.50**

---

**3.54**

Nonpriority creditor's name and mailing address
**Rite Aid Corporation**
**Attn. Accounts Receivable**
**PO Box 3165**
**Harrisburg, PA 17105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business related services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**$7,864.00**

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,515.68 |

**Robert Half International**
**12400 Collections Center Drive**
**Chicago, IL 60693**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,018.75 |

**Robert Half Technology**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,242.81 |

**Robert W. Baird Co.**
**777 East Wisconsin Ave.**
**Milwaukee, WI 53202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Professional services**

Date or dates debt was incurred     **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,614.65 |

**SAGE**
**14855 Collections Center Dr.**
**Chicago, IL 60693**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     ☐ Yes

---

Debtor  **HealthSpot Inc.**                                    Case number (if known) _____

_____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,413.75 |

**Salesforce.com**
**PO Box 203141**
**Dallas, TX 75320-3141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,609.00 |

**Schneider Downs & Co. Inc.**
**One PPG Place**
**Suite 1700**
**Pittsburgh, PA 15222-5416**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Professional Services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,971.79 |

**SEKO**
**1100 Arlington Heights Road**
**#600**
**Itasca, IL 60143**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |

**Shred-It**
**1370 Research Blvd.**
**Columbus, OH 43230**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____        ☐ Yes

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,100.00** |
|---|---|---|---|

**Silo Connectors**
**730 Ken Mar Industrial Parkway**
**Broadview Heights, OH 44147**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | | **$13,060.65** |
|---|---|---|---|

**Southwest Display & Events**
**1200 Crowley Dr.**
**Carrollton, TX 75006**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | | **$9,040.62** |
|---|---|---|---|

**Tableau Software**
**PO Box 204021**
**Dallas, TX 75320-4021**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | | **$514.41** |
|---|---|---|---|

**TCSP Inc.**
**dba Trust Commerce**
**9850 Irvine Center Dr.**
**Irvine, CA 92618**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred     **During 2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     ☐ Yes

Debtor   **HealthSpot Inc.**                                      Case number (if known)
_____   _____
Name

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,000.00 |

**3.67** | **Nonpriority creditor's name and mailing address**

**The Junto Company**
**691 North High Street**
**Suite 306**
**Columbus, OH 43215**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

$17,000.00

Date or dates debt was incurred   **During 2015**

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

**Thomson Reuters**
**Payment Center**
**PO Box 6292**
**Carol Stream, IL 60197-6292**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

$1,887.47

Date or dates debt was incurred   **During 2015**

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

**Time Warner Cable**
**PO Box 0916**
**Carol Stream, IL 60132-0916**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

$2,385.16

Date or dates debt was incurred   **During 2015**

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Tri-State Outreach**
**50 North 4th Street**
**Zanesville, OH 43701**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deferred revenue**

$10,000.00

Date or dates debt was incurred   **2012-2015**

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200,000.00 |
|---|---|---|---|

**TVII Corp.**
**30195 Chagrin Blvd.**
**Suite 310N**
**Pepper Pike, OH 44124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Promissory Note**

Date or dates debt was incurred   **March 2014**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 |
|---|---|---|---|

**Twin Valley Publications**
**PO Box 24**
**West Alexandria, OH 45381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $156,000.00 |
|---|---|---|---|

**Variety Children's Hospital**
**dba Miami Children's Hospital**
**3100 West 62nd Ave.**
**Miami, FL 33155**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Deferred revenue**

Date or dates debt was incurred   **2013-2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.14 |
|---|---|---|---|

**Vector Security**
**PO Box 89462**
**Cleveland, OH 44101-6462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred   **During 2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60,922.35 |
|---|---|---|---|

**Vidyo**
PO Box 360642
Pittsburgh, PA 15251

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000,000.00 |
|---|---|---|---|

**Xerox Business Services LLC**
**Attn. Connie Harvey**
**1001 Yorkshire Blvd.**
**Lexington, KY 40509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Convertible Promissory Notes**

Date or dates debt was incurred    **January 2014**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,039.24 |
|---|---|---|---|

**Yamamato**
**88178 Expedite Way**
**Chicago, IL 60695-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business related services**

Date or dates debt was incurred    **During 2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amanda J. Martinsek Esq.**<br>**Thacker Martinsek**<br>**2300 One Cleveland Center**<br>**1375 East Ninth Street**<br>**Cleveland, OH 44114** | Line **3.16**<br><br>☐  Not listed. Explain | |
| 4.2 | **Cleveland Clinc Foundation**<br>**Attn. Chief Financial Officer**<br>**9500 Euclid Ave. NA4**<br>**Cleveland, OH 44195** | Line **3.17**<br><br>☐  Not listed. Explain | |

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 4.3 | **Cox Communications Inc**<br>**Attn. David Blau**<br>**1400 Lake Hearn Dr.**<br>**Atlanta, GA 30319** | Line **3.17**<br><br>☐   Not listed. Explain | |
| 4.4 | **Jennifer E. Hoekel Esq.**<br>**Armstrong Teasdale LLP**<br>**7700 Forsyth Blvd.**<br>**Suite 1800**<br>**Saint Louis, MO 63105** | Line **3.16**<br><br>☐   Not listed. Explain | |
| 4.5 | **Richard G. Campbell Jr.**<br>**Downey Brand LLP**<br>**100 W. Liberty St.**<br>**Suite 900**<br>**Reno, NV 89501** | Line **3.16**<br><br>☐   Not listed. Explain | |
| 4.6 | **Schneider Downs & Co. Inc.**<br>**41 South High Street**<br>**Suite 2100**<br>**Columbus, OH 43215** | Line **3.60**<br><br>☐   Not listed. Explain | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $           **21,645,807.22** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $           **21,645,807.22** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name     **HealthSpot Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
amended filing

---

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease from 545 Metro Place LLC to the Debtor of commercial office space at 545 Metro Place 4th Floor Dublin OH 43017** | |
| State the term remaining | **until 12/31/22** | **545 Metro Place LLC C/O Andrew Farbman The Farbman Group 28400 Northwestern Highway 4th Floor Southfield, MI 48034** |
| List the contract number of any government contract | _____ | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Counsel for 545 Metro Place LLC included for notice purposes** | |
| State the term remaining | | **545 Metro Place LLC C/O Melissa A. Izenson Esq. Luper Neidenthal & Logan 50 West Broad Street Suite 1200 Columbus, OH 43215** |
| List the contract number of any government contract | _____ | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Agreement** | |
| State the term remaining | **Until 6/4/17** | **Aetna Life Insurance Company 151 Farmington Ave. Hartford, CT 06156** |
| List the contract number of any government contract | _____ | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Electronic and Print Copyright Use Agreement** | |
| State the term remaining | **until 8/26/16** | **American Heart Association 7272 Greenville Ave. Dallas, TX 75231** |
| List the contract number of any government contract | _____ | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor 1  **HealthSpot Inc.**

Case number *(if known)* _____

First Name        Middle Name        Last Name

<span style="background-color:purple">     </span> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest **Healthcare Staffing Agreement** <br><br> State the term remaining **Until 4/13/16** <br><br> List the contract number of any government contract | **AMN HealthCare Inc.** <br> **President Travel Nursing** <br> **12400 High Bluff Drive** <br> **Suite 100** <br> **San Diego, CA 92130** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest **Leases from Aramark to the Debtor of an ice maker, coolers, coffee machines and other kitchen items** <br> State the term remaining **until 10/20/18** <br><br> List the contract number of any government contract | **Aramark Refreshment Services** <br> **32985 Industrial Rd.** <br> **Livonia, MI 48150** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest **Master Custom Services Agreement** <br><br> State the term remaining **April 2018** <br><br> List the contract number of any government contract | **Arrow Electronics Inc.** <br> **OEM Computing Solutions Group** <br> **7459 S. Lima Street** <br> **Englewood, CO 80112** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest **Interim Mainetnance Services Agreement** <br><br> State the term remaining **Until terminated** <br><br> List the contract number of any government contract | **Arrow Electronics Inc. NPI** <br> **13469 Collections Center Dr.** <br> **Chicago, IL 60693** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest **Services Agreement** <br><br> State the term remaining **Until 4/7/17** <br><br> List the contract number of any government contract | **AT&T** <br> **PO Box 5080** <br> **Carol Stream, IL 60197-5080** |
| 2.1 0. State what the contract or lease is for and the nature of the debtor's interest **Software Services Agreement** <br><br> State the term remaining **Unkown** | **BMC Software Inc.** <br> **2101 CityWest Boulevard** <br> **Houston, TX 77042** |

Debtor 1    **HealthSpot Inc.**                                   Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of
any government contract    _____

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Director Indemnification Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Brent Stutz** |
| | List the contract number of any government contract | _____ | **Cardinal Health** **7000 Cardinal Place** **Dublin, OH 43017** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | |
| | List the contract number of any government contract | _____ | **BTRx Initiatives LLC** **307 Edwards Ferry Rd.** **Leesburg, VA 20176** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Cannon Financial Services to the Debtor of two copiers** | |
|---|---|---|---|
| | State the term remaining | **until 8/29/18** | |
| | List the contract number of any government contract | _____ | **Canon Financial Services Inc.** **14904 Collections Center Dr.** **Chicago, IL 60693-0149** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Cardinal Health 110 Inc.** |
| | List the contract number of any government contract | _____ | **& Cardinal Health 411 Inc.** **7000 Cardinal Place** **Dublin, OH 43017** |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement** | |
|---|---|---|---|
| | State the term remaining | **until 12/30/16** | |
| | List the contract number of any government contract | _____ | **Caster Communications** **155 Main Street** **Wakefield, RI 02879** |

| Debtor 1 | **HealthSpot Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="display:inline-block; background:#3d1a3d; width:50px; height:40px;"></div> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **General Terms and Conditions Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Cerdent Inc.** |
| | List the contract number of any government contract | | **5747 Perimeter Dr. Suite 110 Dublin, OH 43017** |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Consent to Register Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Children's Healthcare of Atlanta Inc.** |
| | List the contract number of any government contract | | **1600 Tuller Circle NE Atlanta, GA 30329** |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Director Indemnification Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Christi Pedra Cardinal Health** |
| | List the contract number of any government contract | | **7000 Cardinal Place Dublin, OH 43017** |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Economic Development Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until March 2016** | **City of Dublin** |
| | List the contract number of any government contract | | **5200 Emerald Parkway Dublin, OH 43017** |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until 5/19/16** | **Cleveland Clinc Attn. Chief Financial Officer** |
| | List the contract number of any government contract | | **9500 Euclid Ave. NA4 Cleveland, OH 44195** |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Care4Stations Facilities Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until 8/15/16** | **Cleveland Clinc Foundation Attn. Chief Financial Officer** |
| | List the contract number of | | **9500 Euclid Ave. NA4 Cleveland, OH 44195** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **HealthSpot Inc.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

▉ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | any government contract | _____ | |
|---|---|---|---|

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until 11/15/16** | **Commercial Vehicle Group Inc.** |
| | List the contract number of any government contract | _____ | **7800 Walton Parkway** **New Albany, OH 43054** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Continental Broadband** **of Pennsylvania LLC** |
| | List the contract number of any government contract | _____ | **5000 Arlington Centre Blvd.** **Columbus, OH 43220** |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Dell Financial Services to the Debtor of Computer hardware and software and related products** | |
|---|---|---|---|
| | | **Identified as Lease Nol 001-008946673-001 until 8/26/16** | |
| | State the term remaining | | **Dell Financial Services** **Attn. Charles Simpson Bankruptcy Manager** |
| | List the contract number of any government contract | _____ | **One Dell Way RR3-62** **Round Rock, TX 78682** |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Dell Financial Services to the Debtor of healthSpot Units** | |
|---|---|---|---|
| | | **Indentified as Master Lease Schedule No. 001-6689814-001 Until 10/1/16** | |
| | State the term remaining | | **Dell Financial Services** **P.O. Box 5292** |
| | List the contract number of any government contract | _____ | **Carol Stream, IL 60197-5292** |

Debtor 1   **HealthSpot Inc.**                                                  Case number *(if known)* _____

  First Name            Middle Name           Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Dell Financial Services to the Debtor of HealthSpot Units** <br><br> **Indentified as Master Lease Agreement Schedule No. 001-6689814-501** | |
| | State the term remaining | **Until 11/1/16** | **Dell Financial Services** |
| | List the contract number of any government contract | _____ | **P.O. Box 5292 Carol Stream, IL 60197-5292** |

| 2.2 7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Dell Financial Services to the Debtor of HealthSpot Units** <br><br> **Indentified as Master Lease Agreement Schedule No. 001-6689814-502** | |
| | State the term remaining | **Until 11/1/16** | **Dell Financial Services** |
| | List the contract number of any government contract | _____ | **P.O. Box 5292 Carol Stream, IL 60197-5292** |

| 2.2 8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Dell Financial Services to the Debtor of NFS Leasing equipment** <br><br> **Identified as Master Lease Agreement Schedule No. 900-6689814-503** | |
| | State the term remaining | **until 8/1/18** | **Dell Financial Services** |
| | List the contract number of any government contract | _____ | **P.O. Box 5292 Carol Stream, IL 60197-5292** |

| 2.2 9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Dello Financial Services to the Debtor of Computer hardware and software and related equipment** <br><br> **Identified as Lease No. 001-008946673-005** | |
| | State the term remaining | **until 8/26/16** | **Dell Financial Services** |
| | List the contract number of any government contract | | **P.O. Box 5292 Carol Stream, IL 60197-5292** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **HealthSpot Inc.**                                    Case number *(if known)* _____

First Name              Middle Name              Last Name

<span style="background:purple">   </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3 0. | State what the contract or lease is for and the nature of the debtor's interest | **Additonal notice address for Dell Financial Services Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Dell Financial Services LLC** |
| | | | **Legal Department** |
| | List the contract number of any government contract | | **1 Dell Way** |
| | | | **Round Rock, TX 78682** |

| 2.3 1. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **2/20/16** | **Diversified Assemlies Inc.** |
| | | | **PO Box 5039** |
| | List the contract number of any government contract | | **41 East Tucker Ave.** |
| | | | **Shelby, OH 44875** |

| 2.3 2. | State what the contract or lease is for and the nature of the debtor's interest | **Notice party for Agreement between the Debtor and Kaiser Foundatoin Health Plan Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Dustin Helvey** |
| | | | **Kaiser Permanente** |
| | List the contract number of any government contract | | **10992 San Diego Mission Rd.** |
| | | | **San Diego, CA 92128** |

| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form Agreement** | |
|---|---|---|---|
| | State the term remaining | **until 6/30/16** | **Dynamic Network Services Inc.** |
| | | | **Attn. Legal Department** |
| | List the contract number of any government contract | | **150 Dow Street** |
| | | | **Manchester, NH 03101** |

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **License and Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **E-Ceptionist Inc.** |
| | | | **820 Gessner** |
| | List the contract number of any government contract | | **Suite 230** |
| | | | **Houston, TX 77024** |

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Agreement** | |
|---|---|---|---|
| | | | **Edwards Lifesciences** |
| | | | **One Edwards Way** |
| | | | **Irvine, CA 92612** |

Debtor 1  **HealthSpot Inc.**                                    Case number (*if known*) _____

First Name            Middle Name            Last Name

<table>
<tr><td>▮</td><td colspan="2">**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | **Until 7/1/16** | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **HaelthSpot Station Agreement** | **Eli Lilly & Company** |
|---|---|---|---|
| | State the term remaining | **Until 10/30/16** | **Attn. Mike Luker** |
| | List the contract number of any government contract | _____ | **Senior Advisor Clinical Innovation** **Lilly Corporate Center** **Indianapolis, IN 46285** |

| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | **Flippin Water LLC** |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **C/O Statutory Agent** **Thomas E,. Moloney** |
| | List the contract number of any government contract | _____ | **1105 Schrock Rd. Suite 602** **Columbus, OH 43229** |

| 2.3 8. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Order Form Agreement** | **Google Inc.** |
|---|---|---|---|
| | State the term remaining | **until 1/5/16** | **Attn. Gregory Lloyd** **1600 Amphitheatre Parkway** |
| | List the contract number of any government contract | _____ | **Mountain View, CA 94043** |

| 2.3 9. | State what the contract or lease is for and the nature of the debtor's interest | **Coexistence Agreement** | |
|---|---|---|---|
| | State the term remaining | **until terminated** | **Health Spot LLC** |
| | List the contract number of any government contract | _____ | **10972 East US Highway 36** **Avon, IN 46123** |

| 2.4 0. | State what the contract or lease is for and the nature of the debtor's interest | **Additional notice for Health Spot LLC** | |
|---|---|---|---|
| | State the term remaining | | **Health Spot LLC** **C/O Matthew R. Schantz Esq.** **Frost Brown Todd** |
| | List the contract number of any government contract | | **PO Box 44961** **Indianapolis, IN 46244-0961** |

Debtor 1  **HealthSpot Inc.**                                                      Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

<table>
<tr><td style="background:#4B0D3E; width:60px;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4 1. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **HMB Information System Developers** **570 Polaris Parkway** **Suite 125** **Westerville, OH 43082** |
| | List the contract number of any government contract | | |

| 2.4 2. | State what the contract or lease is for and the nature of the debtor's interest | **Director Indemnification Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Hugh Cathey** **7828 Scioto Crossing Blvd.** **Dublin, OH 43016** |
| | List the contract number of any government contract | | |

| 2.4 3. | State what the contract or lease is for and the nature of the debtor's interest | **Humantime Technology Agreement** | |
|---|---|---|---|
| | State the term remaining | **until terminated** | **HumaCare** **9501 Union Cemetery Road** **Loveland, OH 45140** |
| | List the contract number of any government contract | | |

| 2.4 4. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **until 6/21/16** | **ICAT Logistics Inc.** **6805 Douglas Legun Drive** **Elkridge, MD 20175** |
| | List the contract number of any government contract | | |

| 2.4 5. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Services Group Master Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Information Control Corporation** **2500 Corporate Exchange Dr.** **Suite 310** **Columbus, OH 43231** |
| | List the contract number of any government contract | | |

| 2.4 6. | State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unkown** | **John Carroll University** **Attn. Jan Krevh** **1 John Carroll Blvd.** **Cleveland, OH 44118** |
| | List the contract number of | | |

Debtor 1 **HealthSpot Inc.**                                              Case number *(if known)* _____

First Name                    Middle Name                    Last Name

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | any government contract | _____ | |

| 2.4 7. | State what the contract or lease is for and the nature of the debtor's interest | **Director Indemnification Agreement** | |
| | State the term remaining | **Until terminated** | **Joshua T. Gaines** |
| | List the contract number of any government contract | _____ | **Cardinal Health 7000 Cardinal Place Dublin, OH 43017** |

| 2.4 8. | State what the contract or lease is for and the nature of the debtor's interest | **healthSpot Station Agreement** | |
| | State the term remaining | **Until mid 2016** | **Kaiser Foundation Health Plan Inc.** |
| | List the contract number of any government contract | _____ | **One Kaiser Plaza Oakland, CA 94612** |

| 2.4 9. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Services Agreement** | |
| | State the term remaining | **until 5/13/16** | **Kettering Health Network** |
| | List the contract number of any government contract | _____ | **3535 Southern Blvd. Dayton, OH 45429** |

| 2.5 0. | State what the contract or lease is for and the nature of the debtor's interest | **Additional notice address for Kettering Health Network** | |
| | State the term remaining | | **Kettering Health Network** |
| | List the contract number of any government contract | _____ | **Attn. Beverly Knapp 10050 Innovation Drive Suite 240 Miamisburg, OH 45342** |

| 2.5 1. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
| | State the term remaining | **Until 9/1/16** | **Make It Pretty Inc.** |
| | List the contract number of any government contract | _____ | **10158 Windsor Way Powell, OH 43065** |

| 2.5 2. | State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Agreement** | **Marc Glassman Inc. Attn. Melemie Petropoulos 5841 West 130th Street Cleveland, OH 44130** |

| Debtor 1 | **HealthSpot Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**▉ Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining     **Unknown** | |
| List the contract number of any government contract     _____ | |

| 2.5 3. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement to assist with filing of Debtor's bankruptcy case** | |
|---|---|---|---|
| | State the term remaining | **Until 1/16/16** | **Mark DeCastro** |
| | List the contract number of any government contract | _____ | **6182 Parkmeadow Lane Hilliard, OH 43026** |

| 2.5 4. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until 2/28/16** | **Mark DeCastro** |
| | List the contract number of any government contract | _____ | **6182 Parkmeadow Lane Hilliard, OH 43026** |

| 2.5 5. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement to assist with bankrtupcy case of the Debtor** | |
|---|---|---|---|
| | State the term remaining | **Until 1/30/16** | **Mary King** |
| | List the contract number of any government contract | _____ | **3849 Coral Creek Ct. Powell, OH 43065** |

| 2.5 6. | State what the contract or lease is for and the nature of the debtor's interest | **Additonal notice adress for Mayo Clinic** | |
|---|---|---|---|
| | State the term remaining | | **Mayo Clinic Albert Lea - Austin Attn. Scott Ramsey 700 West Prairie Street Belle Plaine, MN 56011** |
| | List the contract number of any government contract | _____ | |

| 2.5 7. | State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Master Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until 9/1/17** | **Mayo Foundation For Medical Education & Research 200 West First Street SW Rochester, MN 55905** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **HealthSpot Inc.**                                    Case number (*if known*) _____

First Name            Middle Name            Last Name

██  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Evaluation Agreement for Equipment** | |
| | State the term remaining | **Unkonwn** | **Mayo Foundation For Medical Education & Research**<br>**200 West First Street SW**<br>**Rochester, MN 55905** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Lease** | |
| | State the term remaining | **Unkown** | **Mayo Foundation For Medical Education & Research**<br>**200 West First Street SW**<br>**Rochester, MN 55905** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Installation Agreement** | |
| | State the term remaining | **Unkown** | **Mayo Foundation For Medical Education & Research**<br>**Attn. Scott Ramsey**<br>**Rochester, MN 55905** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | **until terminated** | **MDC Health Co-op**<br>**175 Varick Street**<br>**9th Floor**<br>**New York, NY 10014** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Term Sheet** | |
| | State the term remaining | **unknown** | **Medventures/Cloud MD**<br>**Attn. Shaz Khan**<br>**15 Allstate Parkway**<br>**Markham ON L3R 5B4** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement to assist with the filing of the Debtor's bankruptcy case Until 1/16/16** | |
| | State the term remaining | | **Michele Kothe**<br>**2271 Severhill Drive**<br>**Dublin, OH 43016** |

Debtor 1 **HealthSpot Inc.**

First Name      Middle Name      Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.6 4. | State what the contract or lease is for and the nature of the debtor's interest | **Open Value Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unkown** | **Microsoft Corporation** <br> **Dept. 551 Volume Licensing** <br> **6100 Neil Rd. Suite 210** <br> **Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

| 2.6 5. | State what the contract or lease is for and the nature of the debtor's interest | **Embedded License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Microsoft Licensing GP** <br> **Attn. OEM Contracts** <br> **6100 Neil Rd. Suite 210** <br> **Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

| 2.6 6. | State what the contract or lease is for and the nature of the debtor's interest | **Director Indemnification Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Nadine Finnerty** <br> **Cox Communications Inc.** <br> **1400 Lake Hearn Dr. NE** <br> **Atlanta, GA 30319** |
| | List the contract number of any government contract | | |

| 2.6 7. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Netserve 365 LLC** <br> **1000 Cliff Mine Rd.** <br> **Park West One Suite 250** <br> **Pittsburgh, PA 15275** |
| | List the contract number of any government contract | | |

| 2.6 8. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Associate Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until May 14. 2016** | **NewCrop LLC** <br> **1800 Bering Drive** <br> **Houston, TX 77057** |
| | List the contract number of any government contract | | |

Debtor 1   **HealthSpot Inc.**

First Name                Middle Name              Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6 9. | State what the contract or lease is for and the nature of the debtor's interest | **Notice party for Dell Financial Services** | |
| | State the term remaining | | **NFS Leasing Inc. 900 Cummings Center Sutie 309-V Attn Customer Service Beverly, MA 01915** |
| | List the contract number of any government contract | | |

| 2.7 0. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement and Statement of Work** | |
| | State the term remaining | **Unknown** | **Nottingham Spirk Design Attn. John Spirk 2200 Overlook Rd. Cleveland, OH 44106** |
| | List the contract number of any government contract | | |

| 2.7 1. | State what the contract or lease is for and the nature of the debtor's interest | **Workforce Training Voucher Agreement** | |
| | State the term remaining | **Until 12/31/16** | **Ohio Development Services Agency Attn. Loan Servicing Office 77 South High Street 28th Floor Columbus, OH 43215** |
| | List the contract number of any government contract | | |

| 2.7 2. | State what the contract or lease is for and the nature of the debtor's interest | **Tax Credit Agreement** | |
| | State the term remaining | **Unknown** | **Ohio Development Services Agency Tax Credit Authority Attn. Executive Director 77 South High Street 28th Floor Columbus, OH 43215-6130** |
| | List the contract number of any government contract | | |

| 2.7 3. | State what the contract or lease is for and the nature of the debtor's interest | **License and Services Agreement** | |
| | State the term remaining | **Until terminated** | **Oracle America  Inc. 500 Oracle Parkway Redwood City, CA 94065** |
| | List the contract number of any government contract | | |

| 2.7 4. | State what the contract or lease is for and the nature of the debtor's interest | **Partnerwork Agreement** | |
| | State the term remaining | **Until 9/22/16** | **Oracle America Inc. 500 Oracle Parkway Redwood City, CA 94065** |
| | List the contract number of | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **HealthSpot Inc.**

First Name                Middle Name                Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | any government contract | _____ | |
|---|---|---|---|

| 2.7 5. | State what the contract or lease is for and the nature of the debtor's interest | **Investment License Agreement** | |
| | State the term remaining | **Until 1/27/16** | **Paramount Financial Communications Inc.** |
| | List the contract number of any government contract | _____ | **dba Plan Managment Corp.** **44 West Lancaster Ave.** **Ardmore, PA 19003** |

| 2.7 6. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Circumvention Agreement** | |
| | State the term remaining | **Unkown** | **PH Group Ltd.** |
| | List the contract number of any government contract | _____ | **21 Laffan Street** **Hamilton Bermuda HM 09** |

| 2.7 7. | State what the contract or lease is for and the nature of the debtor's interest | **Proposal** | |
| | State the term remaining | **Unknown** | **Product Safey Consulting Inc.** |
| | List the contract number of any government contract | _____ | **605 Country Club Dr.** **Suites I & J** **Bensenville, IL 60106** |

| 2.7 8. | State what the contract or lease is for and the nature of the debtor's interest | **healthSpot Station Master Agreement** | |
| | State the term remaining | **until 9/24/16** | **Promedica Physicians** **& Continuum Services** **Attn. Paul Muneio** |
| | List the contract number of any government contract | _____ | **5855 Monroe Street** **Sylvania, OH 43560** |

| 2.7 9. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| | State the term remaining | **until terminated** | **PSC Managment Limited Partnership** **Attn. Facility Manager** |
| | List the contract number of any government contract | _____ | **2300 West Plano Parkway** **Plano, TX 75705** |

| 2.8 0. | State what the contract or lease is for and the nature of the debtor's interest | **Additonal noitce address for PSC Management Limited Partnership** | **PSC Managment Limited Partnership** **C/O Dell Inc.** **Attn. Legal Department Am. Real Estate** **One Dell Way** **Round Rock, TX 78682** |

Debtor 1  **HealthSpot Inc.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

▮ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of
any government contract _____

---

| 2.8 1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Right Way Supply Chain Solutions LLC to the Debtor of warehouse space at 776 Morrison Rd. Gahanna OH** | |
|---|---|---|---|
| | State the term remaining | **until 3/16/17** | |
| | List the contract number of any government contract | | **Right Way Supply Chain Solutions LLC 11410 Mathis Road Farmers Branch, TX 75234** |

---

| 2.8 2. | State what the contract or lease is for and the nature of the debtor's interest | **JNH Logistics is the property manager for Right Way Supply Chain Solutions LLC** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Right Way Supply Chain Solutions LLC C/O JNH Logistics 770 Morrision Rd. Columbus, OH 43230** |

---

| 2.8 3. | State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Master Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until 10/2/17** | |
| | List the contract number of any government contract | | **Rite Aid Corporation Attn. Accounts Receivable PO Box 3165 Harrisburg, PA 17105** |

---

| 2.8 4. | State what the contract or lease is for and the nature of the debtor's interest | **Additional notice address for Rite Aid Corporation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rite Aid Corporation 30 Hunter Lane Camp Hill, PA 17011** |

---

| 2.8 5. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | **until terminated** | |
| | List the contract number of any government contract | | **RNK Products Inc. 8247 Devereux Drive Suite 101 Viera, FL 32940** |

---

Debtor 1 **HealthSpot Inc.**

Case number *(if known)* _____

First Name          Middle Name          Last Name

| | |
|---|---|
| ▇ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.8 6. | State what the contract or lease is for and the nature of the debtor's interest | **Quality Agreement** | |
|---|---|---|---|
| | State the term remaining | **until terminated** | **RNK Products Inc.** **8247 Devereux Drive** **Suite 101** **Viera, FL 32940** |
| | List the contract number of any government contract | | |

| 2.8 7. | State what the contract or lease is for and the nature of the debtor's interest | **Travel Advance Agreement** | |
|---|---|---|---|
| | State the term remaining | **until terminated** | **Ryan Rimmel** **211 Eddy St.** **Newark, OH 43055** |
| | List the contract number of any government contract | | |

| 2.8 8. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Work and Professional Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Silo Connectors LLC** **PO Box 94749** **Cleveland, OH 44101-4749** |
| | List the contract number of any government contract | | |

| 2.8 9. | State what the contract or lease is for and the nature of the debtor's interest | **Additional party to the Agreement between the Debtor and Kaiser Foundation Health Plan Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Southern California Permanente Medical Group** **One Kaiser Plaza** **Oakland, CA 94612** |
| | List the contract number of any government contract | | |

| 2.9 0. | State what the contract or lease is for and the nature of the debtor's interest | **Director Indemnification Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Stacy Butterfield** **Cardinal Health** **7000 Cardinal Place** **Dublin, OH 43017** |
| | List the contract number of any government contract | | |

| 2.9 1. | State what the contract or lease is for and the nature of the debtor's interest | **Director Indemnification Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Steve Cashman** **10158 Windsor Way** **Powell, OH 43065** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **HealthSpot Inc.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

**▮ Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract | _____ |

| 2.9 2. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement to assist with the bankrtuptcy case of the Debtor** |  |
|---|---|---|---|
|  | State the term remaining | **As necessary to assist with bankruptcy case** | **Steve Cashman** **10158 Windsor Way** **Powell, OH 43065** |
|  | List the contract number of any government contract | _____ |  |

| 2.9 3. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreeement** |  |
|---|---|---|---|
|  | State the term remaining | **Until 3/3/18** | **TCSP Inc.** **dba Trust Commerce** **9850 Irvine Center Dr.** **Irvine, CA 92618** |
|  | List the contract number of any government contract | _____ |  |

| 2.9 4. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliation Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **Until 7/30/16** | **Teladoc Inc.** **Attn. Daniel Trencher Senior VP** **Business Development** **One Sound Shore Dr. Suite 300** **Greenwich, CT 06830** |
|  | List the contract number of any government contract | _____ |  |

| 2.9 5. | State what the contract or lease is for and the nature of the debtor's interest | **Additional notice address for Teladoc Inc.** |  |
|---|---|---|---|
|  | State the term remaining |  | **Teladoc Inc.** **Attn. General Counsel** **One Sound Shore Dr. Suite 300** **Greenwich, CT 06830** |
|  | List the contract number of any government contract | _____ |  |

| 2.9 6. | State what the contract or lease is for and the nature of the debtor's interest | **Channel Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **Unkown** | **Teladoc Inc.** **Attn. Daniel Trencher Senior VP** **Business Development** **One Sound Shore Dr. Suite 300** **Greenwich, CT 06830** |
|  | List the contract number of any government contract | _____ |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1 **HealthSpot Inc.**

First Name    Middle Name    Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9 7. | State what the contract or lease is for and the nature of the debtor's interest | **Short Term Lease Agreement** | |
| | State the term remaining | **Unknown** | **Teladoc Inc.** **Attn. Daniel Trencher Senior VP Business Development** **One Sound Shore Dr. Suite 300** **Greenwich, CT 06830** |
| | List the contract number of any government contract | | |

| 2.9 8. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
| | State the term remaining | **Unknown** | **The Junto Company** **691 North High Street** **Suite 306** **Columbus, OH 43215** |
| | List the contract number of any government contract | | |

| 2.9 9. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement** | |
| | State the term remaining | **until 8/19/16** | **The MetroHealth System** **2500 MetroHealth Dr.** **Cleveland, OH 44109** |
| | List the contract number of any government contract | | |

| 2.1 00. | State what the contract or lease is for and the nature of the debtor's interest | **Westlaw Research Subscriber Agreement** | |
| | State the term remaining | **until 5/5/16** | **Thompson Reuters** **PO Box 64833** **610 Opperman Dr.** **Saint Paul, MN 55164-1803** |
| | List the contract number of any government contract | | |

| 2.1 01. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **until terminated** | **Time Warner Cable** **1015 Olentangy River Rd.** **Columbus, OH 43212** |
| | List the contract number of any government contract | | |

| 2.1 02. | State what the contract or lease is for and the nature of the debtor's interest | **Additional notice address for Time Warner Cable** | |
| | State the term remaining | | **Time Warner Cable Enterprises LLC** **Attn. General Counsel** **60 Columbus Circle** **New York, NY 10023** |
| | List the contract number of | | |

| Debtor 1 | **HealthSpot Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | any government contract | _____ | |
|---|---|---|---|

| 2.1 03. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement at assist with the filing of the Debtor's bankruptcy case** | |
| | State the term remaining | **Until 1/16/16** | **Tracy McCurry** |
| | List the contract number of any government contract | | **7707 Peck Ct.** **Lewis Center, OH 43035** |

| 2.1 04. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Sales Representation Agreement** | |
| | State the term remaining | **until terminated** | **Tri-State Outreach** |
| | List the contract number of any government contract | | **50 North 4th Street** **Zanesville, OH 43701** |

| 2.1 05. | State what the contract or lease is for and the nature of the debtor's interest | **Additional notice address for University Hospital Health Systems Inc.** | |
| | State the term remaining | | **University Hospitals Case Medical Center** **Attn. President** |
| | List the contract number of any government contract | | **11100 Euclid Ave.** **Cleveland, OH 44106** |

| 2.1 06. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Services Agreement** | |
| | State the term remaining | **Until 5/19/16** | **University Hospitals Health Systems Inc.** **3605 Warrensville Center Dr.** |
| | List the contract number of any government contract | | **Attn. Chief Legal Officer** **Beachwood, OH 44122** |

| 2.1 07. | State what the contract or lease is for and the nature of the debtor's interest | **License and Services Agreement** | |
| | State the term remaining | **Unknown** | **University Hospitals Health Systems Inc.** **3605 Warrensville Center Dr.** |
| | List the contract number of any government contract | | **Attn. Chief Legal Officer** **Beachwood, OH 44122** |

| Debtor 1 | **HealthSpot Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

<div style="background:purple; width:50px; height:30px;"></div>

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 08. | State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Agreement** | |
| | State the term remaining | Until 3/4/16 | **Variety Children's Hospital dba Miami Children's Hospital 3100 West 62nd Ave. Miami, FL 33155** |
| | List the contract number of any government contract | | |
| 2.1 09. | State what the contract or lease is for and the nature of the debtor's interest | **Service Provider Sales Agreement  and Amended and Restated Service Provider Agreement** | |
| | State the term remaining | **Until 5/23/16** | **Vidyo Inc. PO Box 360642 Pittsburgh, PA 15251** |
| | List the contract number of any government contract | | |
| 2.1 10. | State what the contract or lease is for and the nature of the debtor's interest | **Additional notice address for Vidyo Inc.** | |
| | State the term remaining | | **Vidyo Inc. 433 Hackensack Ave. 7th Floor Hackensack, NJ 07601** |
| | List the contract number of any government contract | | |
| 2.1 11. | State what the contract or lease is for and the nature of the debtor's interest | **HealthSpot Station Lease and Installation Agreement** | |
| | State the term remaining | **Unknown** | **Wal Mart Stores Inc. Attn. Tim Johnson 702 SW 8th Street Bentonville, AR 72712** |
| | List the contract number of any government contract | | |
| 2.1 12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from Wells Fargo Equipment Finance to the Debtor of a forklift** | |
| | State the term remaining | **until 9/1/16** | **Wells Fargo Equipment Finance 300 Tri-State International Suite 400 Lincolnshire, IL 60069** |
| | List the contract number of any government contract | | |

---

Debtor 1   **HealthSpot Inc.**                                                    Case number *(if known)* _____

First Name            Middle Name            Last Name

<div style="background:purple"></div> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 13. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for data services, cloud services and other business services to be provided by Xerox Consulting Company Inc. to the Debtor** | |
| | State the term remaining | **until termination** | **Xerox Consulting Company Inc. C/O Xerox Business Services 2828 N. Haskell Ave. Bldg. 1 9th Floor Attn. Group Counsel For Comm. Solutions Dallas, TX 75204** |
| | List the contract number of any government contract | _____ | |
| 2.1 14. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | **until terminated** | **Yamamoto 219 2nd Street North Minneapolis, MN 55401** |
| | List the contract number of any government contract | _____ | |

| Fill in this information to identify the case: |
|---|

Debtor name    **HealthSpot Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br><br> _____ <br><br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br><br> _____ <br><br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br><br> _____ <br><br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br><br> _____ <br><br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **HealthSpot Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ■ Operating a business ☐ Other | **$0.00** |
| **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other | **$600,000.00** |
| **For year before that:** From **1/01/2014** to **12/31/2014** | ■ Operating a business ☐ Other | **$223,489.00** |
| **For the fiscal year:** From **1/01/2013** to **12/31/2013** | ■ Operating a business ☐ Other | **$151,274.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **HealthSpot Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **NFS Leasing**<br>**900 Cummings Center**<br>**Suite 226-U**<br>**Beverly, MA 01915** | 10/20/15<br>$60,231.78<br>11/2/15  $<br>9114.09<br>12/1/15  $<br>9114.09 | $78,459.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payments on lease of personal property** |
| 3.2. **Executive Travel Planners Inc.**<br>**6260 S. Sunbury Rd.**<br>**Suite 4**<br>**Westerville, OH 43081** | 10/20/15<br>$33,812.11<br>11/18/15<br>$29,107.90<br>1/8/16    $<br>6,000.00 | $68,920.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.3. **Vidyo**<br>**PO Box 360642**<br>**Pittsburgh, PA 15251** | 11/4/15<br>$27,000.00 | $27,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.4. **Yamamato**<br>**88178 Expedite Way**<br>**Chicago, IL 60695-0001** | 10/21/15<br>$11,522.00<br>10/23/15<br>$68,292.00<br>11/9/15<br>$24,379.00 | $104,193.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.5. **Robert Half International**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** | 11/4/15<br>$14,235.03 | $14,235.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.6. **Robert Half Technology**<br>**PO Box 743295**<br>**Los Angeles, CA 90074-3295** | 10/20/15<br>$16,538.00<br>11/4/15<br>$10,000.00 | $26,538.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.7. **Early Security Services** | 11/9/15<br>$8740.00 | $8,740.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **HealthSpot Inc.** | Case number *(if known)* |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Fay Sharpe LLP**<br>**Attn. Brian Turung Esq.**<br>**The Halle Building 5th Floor**<br>**Cleveland, OH 44115** | **11/9/15**<br>**$50,000.00** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Professional services** |
| 3.9. | **JNH Logistics** | **11/4/15**<br>**$10,825.50**<br>**12/1/15**<br>**$10,643.10** | **$21,468.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payments on lease of commercial real property - JNH Logistics is the proeprty manager for Right Way Supply Chain Solutions LLC** |
| 3.10. | **Make It Pretty Inc.**<br>**10158 Windsor Way**<br>**Powell, OH 43065** | **11/6/15**<br>**$11,250.00** | **$11,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment per consulting agreement** |
| 3.11. | **Philadelphia Insurance Compaines**<br>**One Bala Plaza**<br>**Suite 100**<br>**Bala Cynwyd, PA 19004** | **11/5/15  $**<br>**14,703.00** | **$14,703.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premium** |
| 3.12. | **Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** | **11/5/15**<br>**$48,565.81** | **$48,565.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment of lease of personal property** |
| 3.13. | **Ohio Development Services Agency**<br>**Attn. Loan Servicing Office**<br>**77 South High Street 28th Floor**<br>**Columbus, OH 43215** | **10/15/15**<br>**$10,000.00**<br>**11/12/15**<br>**$10,000.00**<br>**12/10/15**<br>**$30,951.80** | **$50,951.80** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. | **545 Metro Place LLC**<br>**C/O Andrew Farbman**<br>**The Farbman Group**<br>**28400 Northwestern Highway 4th Floor**<br>**Southfield, MI 48034** | **11/4/15**<br>**$22,205.45**<br>**12/1/15**<br>**$22,595.22** | **$44,800.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payments of lease of commercial real property** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **HealthSpot Inc.**                                                Case number *(if known)* _____

| 3.15. | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.15. | **Arrow Electronics Inc.**<br>**13469 Collections Center Dr.**<br>**Chicago, IL 60693** | **10/19/15**<br>**$6768.25** | **$6,768.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.16. | **Information Control Corporation**<br>**2500 Corporate Exchange Dr.**<br>**Suite 310**<br>**Columbus, OH 43231** | **10/20/15**<br>**$10,400.00** | **$10,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.17. | **Xerox Consulting Company Inc.**<br>**5225 Auto Club Drive**<br>**Dearborn, MI 48126** | **10/30/15**<br>**$77,081.85** | **$77,081.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.18. | **Dickinson Wright PLLC**<br>**Attn. Alex Brown Esq.**<br>**150 East Gay Street 24th Floor**<br>**Columbus, OH 43215** | **11/10/15**<br>**$18,901.10** | **$18,901.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **P:rofessional** |
| 3.19. | **Ohio Department of Taxation**<br>**Attn Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43266-0030** | **1/6/16**<br>**$51,193.70** | **$51,193.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sales Tax and Use Tax** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 04/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **BT HealthSpot Investments LP**<br>**79 Plummer McCullough Rd.**<br>**Mercer, PA 16137**<br>**Shareholder** | **1/14/15** | **$83,912.71** | **Note payment on principal and interest** |
| 4.2. | **KTM2 LLC**<br>**6701 West 64th Street**<br>**Shareholder** | **1/14/15** | **$60,901.84** | **Payment of principal and interest on note** |

Debtor  __HealthSpot Inc.__    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **McDonald HealthSpot LLC** **C/O McDoanld Partners LLC** **959 W. St. Clair Ave.** **Cleveland, OH 44113** **Shareholder** | **2/2/15** | **$165,277.78** | **Interest paymet on note** |
| 4.4. **Nottingham Spirk** **2200 Overlook Road** **Cleveland, OH 44106** **Shareholder** | **2/28/15** **$18,300.00;** **3/12/15** **$368.00;** **4/15/15** **$13,956.00;** **6/8/15** **$964.00;** **7/15/15** **$12,316.00;** **8/6/15** **$1027.00** | **$46,931.00** | **Payments for design work** |
| 4.5. **Cardinal Health** **Attn. Joshua Gaines** **7000 Cardinal Place** **Dublin, OH 43017** **Shareholder** | **1/14/15** | **$3,062,500.00** | **Payment of principal and interest on note** |
| 4.6. **TVII Corp.** **30195 Chagrin Blvd.** **Suite 310N** **Pepper Pike, OH 44124** **Shareholder** | **6/2/15** **$120,000.00** **10/20/15** **$92,000.00** | **$212,000.00** | **Payments of principal and interest on note** |
| 4.7. **Richard Benson** **Moose Design** **608 Jackson Street** **Lafayette, CO 80026** **Shareholder** | **2/27/15** **$28,787.50;** **4/14/15** **$7500.00;** **5/18/15** **$7500.00;** **6/8/15** **$14,568.00;** **7/15/15** **$8545.54;** **9/21/15** **$7500.00;** **10/13/15** **$9099.57** | **$83,501.01** | **Payments for graphic design services** |
| 4.8. **Raymond G. Seuffert Jr.** **37218 Wexford Dr.** **Solon, OH 44139** **Shareholder** | **6/2/15** **$330,000.00** **6/4/15** **$1084.93** | **$331,084.93** | **Payment of interest and principal on note** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | **HealthSpot Inc.** | Case number *(if known)* |
|---|---|---|

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **HealthSpot Inc. v.<br>Computerized Screening Inc.<br>14 cv 00804** | **Complaint for Declaratory Judgment on Intellectual Property Rights** | **US Dist. Ct. ND OH ED<br>Carl B. Stokes US Courthouse<br>801 West Superior Ave.<br>Cleveland, OH 44113** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.2. **Computerized Screening Inc.<br>v. HealthSpot Inc.<br>14 cv 00573** | **Complaint for enforcement of intellectual property rights** | **US Dist. Ct. Distl of NV at Reno<br>400 S. Virginia Ave.<br>Reno, NV 89501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **HealthSpot Inc.**                                                    Case number *(if known)*

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **The Debtor paid Bricker & Eckler LLP ("B&E") $10,000 on 12/4/15 as a retainer for services related to the Debtor's negotiations for possible loan modifications and investor arrangements and for consideration of options in the event the loan modifications and/or investor arrangments were not successfully resolved. The value of the services performed for this engagement was $7000, which was paid on 1/8/16.  The remaining $3000 of the retainer was applied to the fees for this Chapter 7 case** | |
| | **Bricker & Eckler LLP 100 S. Third Street Columbus, OH 43215** | | | **$10,000.00** |
| | Email or website address www.bricker.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **HealthSpot Inc.**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Bricker & Eckler LLP**<br>**100 S. Third Street**<br>**Columbus, OH 43215** | | **January 11, 2016** | **$10,000.00** |
| | **Email or website address**<br>**www.bricker.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown** | **Broken iPhone** | **11/4/15** | **$180.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.2. | **Braden Perkins**<br>**3757 N. Old State Rd.**<br>**Kilbourne, OH 43032** | **Power Connect 5524 Switch** | **11/4/15** | **$150.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.3. | **Rob Paige**<br>**3262 Sunglow Dr.**<br>**Lewis Center, OH 43035** | **Samsung S5 phone** | **12/30/15** | **$100.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.4. | **Gail Croall**<br>**6879 Heritage Club Dr.**<br>**Mason, OH 45040** | **iPhone i6** | **12/30/15** | **$200.00** |
| | **Relationship to debtor**<br>**Employee** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **HealthSpot Inc.**                                    Case number (if known) _____

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.5<br>. | **Steve Cashman**<br>**10158 Windsor Way**<br>**Powell, OH 43065** | **(2) iPhone i6** | **1/6/16** | **$400.00** |
| | **Relationship to debtor**<br>**Employee, Officer & Director** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐ No. Go to Part 9.
    ■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| 15.1.    **healthSpot Stations**<br>**At vaious locations**<br>**ON** | **Telemedicine healthcare services** | **Not known** |
| | **Location where patient records are maintained** (if different<br>from facility address). If electronic, identify any service provider.<br>**Safe deposit box at Key Bank 7460 Sawmill Rd.**<br>**Columbus OH 43235** | **How are records kept?**<br>Check all that apply:<br>■ Electronically<br>■ Paper |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension**
    **or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

| Debtor | **HealthSpot Inc.** | Case number (if known) | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Huntington National Bank 41 South High Street Columbus, OH 43215** | **XXXX-1350** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/13/16** | **$100.00** |
| 18.2. | **Huntington National Bank 41 South High Street Columbus, OH 43215** | **XXXX-1460** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/13/16** | **$72.08** |
| 18.3. | **Huntington National Bank 41 South High Street Columbus, OH 43215** | **XXXX-1473** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/13/16** | **$21.86** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Key Bank 7460 Sawmill Rd. Columbus, OH 43235** | **Michele Kothe 2271 Severhill Drive Dublin OH 43016**<br><br>**and Adam McQuade**<br><br><br><br>**and Adam McQuade 7460 Sawmill Rd. Columbus, OH 43235** | **Patient records, data backups and passwords** | ☐ No<br>■ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor **HealthSpot Inc.** _____    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor   **HealthSpot Inc.**

Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **CarePass Inc.**<br>**545 Metro Place South**<br>**Dublin, OH 43017** | **This business was formed on 7/20/15 and is owned by the Debtor but has not been operted by the Debtor** | EIN:     **35-2537087**<br><br>From-To   **7/20/15 - present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Michele Kothe**<br>**2271 Severhill Drive**<br>**Dublin, OH 43016** | **During the last two years** |
| 26a.2.   **Mary King**<br>**3849 Coral Creek Ct.**<br>**Powell, OH 43065** | **During the last two years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Schneider Downs**<br>**One PPG Place**<br>**Suite 1700**<br>**Pittsburgh, PA 15222-5416** | **In 2015 for the year 2014** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **HealthSppot Inc.**<br>**545 Metro Place South**<br>**Suite 400**<br>**Dublin, OH 43017** | **All of the Debtor's books and records are maintained at the Debtor's office or in the Debtor's safe deposit box** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **HealthSpot Inc.** _____     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Cashman | 10158 Windsor Way<br>Powell, OH 43065 | Officer, Director & Shareholder - resigned after the resolution to file bankruptcy was adotped by the board | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joshua T. Gaines | Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH 43017 | Director - resigned after the resolution to file bankruptcy was adoped by the board | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hugh Cathey | 7828 Scioto Crossing Blvd.<br>Dublin, OH 43016 | Officer, Director & Shareholder - resigned after the resolution to file bankruptcy was adopted by the board | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John Spirk | 7890 Bringham Rd.<br>Gates Mills, OH 44040 | Director | During 2014 & 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stacy Butterfiedl | Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH 43017 | Director | During 2014 & 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Fred Loop | 1404 Monte Grande Place<br>Pacific Palisades, CA 90272 | Director | During 2014 & 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Boake Sells | 4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 | Director | During 2014 & 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Christi Pedra | Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH 43017 | Director | During 2014 & 2015 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor   **HealthSpot Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Brent Stutz | Cardinal Health 7000 Cardinal Place Dublin, OH 43017 | Director | During 2014 & 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Nadine Finnerty | Cox Communications Inc. 1400 Lake Hearn Dr. Atlanta, GA 30319 | Director | During 2014 & 2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Steve Cashman 10158 Windsor Way Powell, OH 43065 | $296,250.00 | Periodic based upon payroll schedule of the Debtor | Wages |
| | Relationship to debtor Officer, Director & Shareholder | | | |
| 30.2. | Michele Kothe | $222,187.50 | Various based upon the payroll schedule of the Debtor | Wages |
| | Relationship to debtor Officer | | | |
| 30.3. | Gail Croall | $264,519.71 | Various based upon the payroll schedule of the Debtor | Wages |
| | Relationship to debtor Officer | | | |
| 30.4. | Eric Eichensehr | $214,842.29 | Variouls based upon the payroll schedule of the Debtor | Wages |
| | Relationship to debtor Officer | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **HealthSpot Inc.** | | Case number *(if known)* | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Bruce Roberts** | **$198,227.22** | **Various based upon the payroll schedule of the Debtor** | **Wages** |
| | **Relationship to debtor**<br>**Officer** | | | |
| 30.6. | **Eric Saff** | **$180,682.42** | **Various based upon the payroll schedule of the Debtor** | **Wages** |
| | **Relationship to debtor**<br>**Officer** | | | |
| 30.7. | **Hugh Cathey**<br>**7828 Scioto Crossing Blvd.**<br>**Dublin, OH 43016** | **$80,000.00** | **Various based upon the payroll schedule of the Debtor** | **Wages** |
| | **Relationship to debtor**<br>**Director, Officer & Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **HealthSpot Inc.** _____      Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2016** _____

**/s/ Steve Cashman** _____          **Steve Cashman** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Board Appointed Representative** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **HealthSpot Inc.** _____    Case No. _____

                                                            Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____    $    _____ **13,000.00**

   Prior to the filing of this statement I have received _____    $    _____ **13,000.00**

   Balance Due _____    $    _____ **0.00**

2.    $ **335.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions or objection to discharge, avoidance of liens on
      personal property, judicial lien avoidances, relief from stay actions, objections to claims of exemption or other
      disputes regarding the retention of property, negotiations with the case trustee regarding non exempt equity in
      assets, section 707b actions or other disputes with the US Trustee or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 13, 2016** _____    **/s/ David M. Whittaker Esq.** _____
*Date*                                            **David M. Whittaker Esq. 0019307**
                                                  *Signature of Attorney*
                                                  **Bricker & Eckler LLP**
                                                  **100 South Third Street**
                                                  **Columbus, OH 43215**
                                                  **614-227-2355  Fax: 614-227-2390**
                                                  **dwhittaker@bricker.com**
                                                  *Name of law firm*

---

545 Metro Place LLC
C/O Andrew Farbman
The Farbman Group
28400 Northwestern Highway 4th Floor
Southfield, MI 48034


545 Metro Place LLC
C/O Melissa A. Izenson Esq.
Luper Neidenthal & Logan
50 West Broad Street Suite 1200
Columbus, OH 43215


ADA Compliance Consultants
1002 River Rock Dr.
Suite 121
Folsom, CA 95630


Aetna Life Insurance Company
151 Farmington Ave.
Hartford, CT 06156


Alchemy Graphics
321 Chestnut St.
Roselle Park, NJ 07204


Amanda J. Martinsek Esq.
Thacker Martinsek
2300 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114


American Electric Power
PO Box 24417
Canton, OH 44701-4417


American Heart Association
7272 Greenville Ave.
Dallas, TX 75231


AMN HealthCare Inc.
President Travel Nursing
12400 High Bluff Drive
Suite 100
San Diego, CA 92130

Aramark Refreshment Services
32985 Industrial Rd.
Livonia, MI 48150


Arena Solutions Inc.
110 Marsh Rd.
Second Floor
San Mateo, CA 94404


Arrow Electronics Inc.
OEM Computing Solutions Group
7459 S. Lima Street
Englewood, CO 80112


Arrow Electronics Inc. NPI
13469 Collections Center Dr.
Chicago, IL 60693


AT&T
PO Box 5019
Carol Stream, IL 60197-5019


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


Atchley Signs
1171 West Third Ave.
Columbus, OH 43212


Barski Drake Browne PLC
14500 N. Northsight Blvd.
#200
Scottsdale, AZ 85260


Bennett Jones LLP
PO Box 130
3400 One First Canadian Place
Tornonto  M5X1A4, ON


BMC Software Inc.
2101 CityWest Boulevard
Houston, TX 77042

Brent Stutz
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017


BT HealthSpot Investments LP
79 Plummer McCullough Rd.
Mercer, PA 16137


BTRx Initiatives LLC
307 Edwards Ferry Rd.
Leesburg, VA 20176


Canon Financial Services Inc.
14904 Collections Center Dr.
Chicago, IL 60693-0149


Cardinal Health 110 Inc.
& Cardinal Health 411 Inc.
7000 Cardinal Place
Dublin, OH 43017


Caster Communications
155 Main Street
Wakefield, RI 02879


CDW
75 Remittance Drive
Chicago, IL 60675-1515


Cerdant
PO Box 25505
Dublin, OH 43017


Cerdent Inc.
5747 Perimeter Dr.
Suite 110
Dublin, OH 43017


Children's Healthcare of Atlanta Inc.
1600 Tuller Circle NE
Atlanta, GA 30329

Christi Pedra
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017


City of Dublin
5200 Emerald Parkway
Dublin, OH 43017


Cleveland Clinc
Attn. Chief Financial Officer
9500 Euclid Ave. NA4
Cleveland, OH 44195


Cleveland Clinc Foundation
Attn. Chief Financial Officer
9500 Euclid Ave. NA4
Cleveland, OH 44195


Columbia Gas of Ohio Inc.
PO Box 742510
Cincinnati, OH 45274-2510


Commercial Vehicle Group Inc.
7800 Walton Parkway
New Albany, OH 43054


Computerized Screening Inc.
9550 Gateway Dr.
Reno, NV 89521


Connected Health Innovations Inc.
1400 Lake Hearn Drive NE
Atlanta, GA 30319


Continental Office Enviornments
2601 Silver Dr.
Columbus, OH 43211


Continential Broadband
of Pennsylvania LLC
5000 Arlington Centre Blvd.
Columbus, OH 43220

Cox Communications Inc
Attn. David Blau
1400 Lake Hearn Dr.
Atlanta, GA 30319


Creative Financial Staffing LLC
PO Box 95111
Chicago, IL 60694-5111


Dell Financial Services
Attn. Charles Simpson Bankruptcy Manager
One Dell Way RR3-62
Round Rock, TX 78682


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services LLC
Legal Department
1 Dell Way
Round Rock, TX 78682


Diversified Assemlies Inc.
PO Box 5039
Shelby, OH 44875


Diversified Assemlies Inc.
PO Box 5039
41 East Tucker Ave.
Shelby, OH 44875


Dunnhumby
PO Box 638865
Cincinnati, OH 45263-8865


Dustin Helvey
Kaiser Permanente
10992 San Diego Mission Rd.
San Diego, CA 92128


Dynamic Network Services Inc.
Attn. Legal Department
150 Dow Street
Manchester, NH 03101

E-Ceptionist Inc.
820 Gessner
Suite 230
Houston, TX 77024


EAG
2130 Arlington Ave.
Columbus, OH 43221


Edwards Lifesciences
One Edwards Way
Irvine, CA 92612


Eli Lilly & Company
Attn. Mike Luker
Senior Advisor Clinical Innovation
Lilly Corporate Center
Indianapolis, IN 46285


Executive Travel Planners Inc.
6260 S. Sunbury Rd.
Suite 4
Westerville, OH 43081


Expedient
Continental Broadband LLC
PO Box 645209
Pittsburgh, PA 15264-5209


Fay Sharpe LLP
Attn. Brian Turung Esq.
The Halle Building 5th Floor
Cleveland, OH 44115


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


Flippin Water LLC
C/O Statutory Agent
Thomas E,. Moloney
1105 Schrock Rd. Suite 602
Columbus, OH 43229

Google Inc.
Attn. Gregory Lloyd
1600 Amphitheatre Parkway
Mountain View, CA 94043


Gordon Flesh
PO Box 73288
Cleveland, OH 44193-0002


Health Spot LLC
10972 East US Highway 36
Avon, IN 46123


Health Spot LLC
C/O Matthew R. Schantz Esq.
Frost Brown Todd
PO Box 44961
Indianapolis, IN 46244-0961


HMB
570 Polaris Parkway
Suite 125
Westerville, OH 43082


HMB Information System Developers
570 Polaris Parkway
Suite 125
Westerville, OH 43082


Hopkins Printing
PO Box 951404
Cleveland, OH 44193


Hugh Cathey
7828 Scioto Crossing Blvd.
Dublin, OH 43016


HumaCare
9501 Union Cemetery Road
Loveland, OH 45140


Humble Construction Co.
1180 Carlisle St.
Bellefontaine, OH 43311

ICAT Logistics Inc.
6805 Douglas Legun Drive
Elkridge, MD 20175


Ice Miller LLP
27230 Network Place
Chicago, IL 60673-1272


Information Control Corporation
2500 Corporate Exchange Dr.
Suite 310
Columbus, OH 43231


Jennifer E. Hoekel Esq.
Armstrong Teasdale LLP
7700 Forsyth Blvd.
Suite 1800
Saint Louis, MO 63105


John Carroll University
Attn. Jan Krevh
1 John Carroll Blvd.
Cleveland, OH 44118


Joshua T. Gaines
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017


Kaiser Foundation Health Plan Inc.
One Kaiser Plaza
Oakland, CA 94612


Kelly Services
PO Box 820405
Philadelphia, PA 19182-0405


Kettering Health Network
3535 Southern Blvd.
Dayton, OH 45429


Kettering Health Network
Attn. Beverly Knapp
10050 Innovation Drive
Suite 240
Miamisburg, OH 45342

Keylingo Translations
2 Ravinia Dr.
Suite 500
Atlanta, GA 30346


King Business Interiors
6155 Huntley Rd.
Suite D
Columbus, OH 43229


KPMG Corporate Finance LLC
Attn. William G,. Welnfofer
Managing Director
200 E. Randolph Dr. Suite 5500
Chicago, IL 60601


KTM2 LLC
6701 West 64th Street
Suite 125
Overland Park, KS 66207


Local Waste Services Ltd.
PO Box 554747
Detroit, MI 48255-4747


Make It Pretty Inc.
10158 Windsor Way
Powell, OH 43065


Marc Glassman Inc.
Attn. Melemie Petropoulos
5841 West 130th Street
Cleveland, OH 44130


Mark DeCastro
6182 Parkmeadow Lane
Hilliard, OH 43026


Mary King
3849 Coral Creek Ct.
Powell, OH 43065

Mayo Clinic
Albert Lea - Austin
Attn. Scott Ramsey
700 West Prairie Street
Belle Plaine, MN 56011


Mayo Foundation For Medical Education
& Research
200 West First Street SW
Rochester, MN 55905


Mayo Foundation For Medical Education
& Research
Attn. Scott Ramsey
Rochester, MN 55905


McDoanld HealthSpot LLC
C/O McDoanald Partners LLC
959 W. St. Clair Ave.
Cleveland, OH 44113


MDC Health Co-op
175 Varick Street
9th Floor
New York, NY 10014


Medventures/Cloud MD
Attn. Shaz Khan
15 Allstate Parkway
Markham ON L3R 5B4


Michele Kothe
2271 Severhill Drive
Dublin, OH 43016


Microsoft Corporation
Dept. 551 Volume Licensing
6100 Neil Rd. Suite 210
Reno, NV 89511-1137


Microsoft Licensing GP
Attn. OEM Contracts
6100 Neil Rd. Suite 210
Reno, NV 89511-1137

Mitchell Silver
7755 Arboretum Court
New Albany, OH 43054


Nadine Finnerty
Cox Communications Inc.
1400 Lake Hearn Dr. NE
Atlanta, GA 30319


Netserve 365 LLC
1000 Cliff Mine Rd.
Park West One Suite 250
Pittsburgh, PA 15275


NewCrop LLC
Accounts Payable
9055 Soquel Dr.
#H
Aptos, CA 95003


NewCrop LLC
1800 Bering Drive
Houston, TX 77057


NFS Leasing Inc.
900 Cummings Center Sutie 309-V
Attn Customer Service
Beverly, MA 01915


Nottingham Spirk
2200 Overlook Road
Cleveland, OH 44106


Nottingham Spirk Design
Attn. John Spirk
2200 Overlook Rd.
Cleveland, OH 44106


Office Depot
PO Box 630813
Cincinnati, OH 45263-0813


Ohio Chamber of Commerce
230 East Town Street
Columbus, OH 43215

Ohio Development Services Agency
Attn. Loan Servicing Office
77 South High Street 28th Floor
Columbus, OH 43215


Ohio Development Services Agency
Tax Credit Authority
Attn. Executive Director
77 South High Street 28th Floor
Columbus, OH 43215-6130


Ometek Incorporated
790 Cross Pointe Rd.
Columbus, OH 43230


Oracle America  Inc.
500 Oracle Parkway
Redwood City, CA 94065


Oracle America Inc.
500 Oracle Parkway
Redwood City, CA 94065


Paramount Financial Communications Inc.
dba Plan Managment Corp.
44 West Lancaster Ave.
Ardmore, PA 19003


PH Group Ltd.
21 Laffan Street
Hamilton Bermuda HM 09


Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874


Pro Football Hall of Fame
Enshrinement Festival
222 Market Ave. N
Canton, OH 44702


Product Safey Consulting Inc.
605 Country Club Dr.
Suites I & J
Bensenville, IL 60106

Promedica Physicians
& Continuum Services
Attn. Paul Muneio
5855 Monroe Street
Sylvania, OH 43560


PSC Managment Limited Partnership
Attn. Facility Manager
2300 West Plano Parkway
Plano, TX 75705


PSC Managment Limited Partnership
C/O Dell Inc.
Attn. Legal Department Am. Real Estate
One Dell Way
Round Rock, TX 78682


Richard Benson
Moose Design
608 Jackson Street
Lafayette, CO 80026


Richard G. Campbell Jr.
Downey Brand LLP
100 W. Liberty St.
Suite 900
Reno, NV 89501


Right Way Supply Chain Solutions LLC
11410 Mathis Road
Farmers Branch, TX 75234


Right Way Supply Chain Solutions LLC
C/O JNH Logistics
770 Morrision Rd.
Columbus, OH 43230


Rite Aid Corporation
Attn. Accounts Receivable
PO Box 3165
Harrisburg, PA 17105


Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011

RNK Products Inc.
8247 Devereux Drive
Suite 101
Viera, FL 32940


Robert Half International
12400 Collections Center Drive
Chicago, IL 60693


Robert Half Technology
PO Box 743295
Los Angeles, CA 90074-3295


Robert W. Baird Co.
777 East Wisconsin Ave.
Milwaukee, WI 53202


Ryan Rimmel
211 Eddy St.
Newark, OH 43055


SAGE
14855 Collections Center Dr.
Chicago, IL 60693


Salesforce.com
PO Box 203141
Dallas, TX 75320-3141


Schneider Downs & Co. Inc.
One PPG Place
Suite 1700
Pittsburgh, PA 15222-5416


Schneider Downs & Co. Inc.
41 South High Street
Suite 2100
Columbus, OH 43215


SEKO
1100 Arlington Heights Road
#600
Itasca, IL 60143

Shred-It
1370 Research Blvd.
Columbus, OH 43230


Silo Connectors
730 Ken Mar Industrial Parkway
Broadview Heights, OH 44147


Silo Connectors LLC
PO Box 94749
Cleveland, OH 44101-4749


Southern California Permanente
Medical Group
One Kaiser Plaza
Oakland, CA 94612


Southwest Display & Events
1200 Crowley Dr.
Carrollton, TX 75006


Stacy Butterfield
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017


Steve Cashman
10158 Windsor Way
Powell, OH 43065


Tableau Software
PO Box 204021
Dallas, TX 75320-4021


TCSP Inc.
dba Trust Commerce
9850 Irvine Center Dr.
Irvine, CA 92618


Teladoc Inc.
Attn. Daniel Trencher Senior VP
Business Development
One Sound Shore Dr. Suite 300
Greenwich, CT 06830

Teladoc Inc.
Attn. General Counsel
One Sound Shore Dr. Suite 300
Greenwich, CT 06830


The Junto Company
691 North High Street
Suite 306
Columbus, OH 43215


The MetroHealth System
2500 MetroHealth Dr.
Cleveland, OH 44109


Thompson Reuters
PO Box 64833
610 Opperman Dr.
Saint Paul, MN 55164-1803


Thomson Reuters
Payment Center
PO Box 6292
Carol Stream, IL 60197-6292


Time Warner Cable
PO Box 0916
Carol Stream, IL 60132-0916


Time Warner Cable
1015 Olentangy River Rd.
Columbus, OH 43212


Time Warner Cable Enterprises LLC
Attn. General Counsel
60 Columbus Circle
New York, NY 10023


Tracy McCurry
7707 Peck Ct.
Lewis Center, OH 43035


Tri-State Outreach
50 North 4th Street
Zanesville, OH 43701

TVII Corp.
30195 Chagrin Blvd.
Suite 310N
Pepper Pike, OH 44124


Twin Valley Publications
PO Box 24
West Alexandria, OH 45381


University Hospitals Case Medical Center
Attn. President
11100 Euclid Ave.
Cleveland, OH 44106


University Hospitals Health Systems Inc.
3605 Warrensville Center Dr.
Attn. Chief Legal Officer
Beachwood, OH 44122


Variety Children's Hospital
dba Miami Children's Hospital
3100 West 62nd Ave.
Miami, FL 33155


Vector Security
PO Box 89462
Cleveland, OH 44101-6462


Vidyo
PO Box 360642
Pittsburgh, PA 15251


Vidyo Inc.
PO Box 360642
Pittsburgh, PA 15251


Vidyo Inc.
433 Hackensack Ave.
7th Floor
Hackensack, NJ 07601


Wal Mart Stores Inc.
Attn. Tim Johnson
702 SW 8th Street
Bentonville, AR 72712

Wells Fargo Equipment Finance
300 Tri-State International
Suite 400
Lincolnshire, IL 60069


Xerox Business Services LLC
Attn. Connie Harvey
1001 Yorkshire Blvd.
Lexington, KY 40509


Xerox Consulting Company Inc.
C/O Xerox Business Services
2828 N. Haskell Ave. Bldg. 1 9th Floor
Attn. Group Counsel For Comm. Solutions
Dallas, TX 75204


Yamamato
88178 Expedite Way
Chicago, IL 60695-0001


Yamamoto
219 2nd Street North
Minneapolis, MN 55401

# United States Bankruptcy Court
### Southern District of Ohio

In re    __HealthSpot Inc._____      Case No. _____

_____Debtor(s)      Chapter    __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __HealthSpot Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Algene Jay Houtsma
751 SE CR 36
Syracuse, KS 67878

AOAS, LLC
206 East 17th Steet, Apt. 5A
New York, NY 10003

Barry A. Goldberg Revocable Trust
c/o Barry Goldberg
4970 SW 72nd Avenue #105
Miami, FL 33155

Boake A. Sells Trust dated 12/14/88
11714 Walton Place
Naples, FL 34110

Brian W. Slusser, LLC
c/o Brian Slusser
4100 Belmont Place
New Albany, OH 43054

Bruce T. Roberts
307 Edwards Ferry Road
Leesburg, VA 20176

BT HealthSpot Investments LP
Blue Tree Capital Group, LLC
Attn: Catherine Mott
79 Plummer McCullough Road
Mercer, PA 16137

Buckeye Medical of Ohio
Attn: Branden Joe
1751 Tremont Road
Upper Arlington, OH 43212

Calfee Halter & Griswold Profit Sharing
Trust & Plan fbo John Mino
Attn: John Mino
824 Hardwood Court
Gates Mills, OH 44040

Capital One Partners LLC
Attn: Jim Petras
1801 East Ninth Street, Suite 1700
Cleveland, OH 44114

Cardinal Health
Attn. Joshua Gaines
7000 Cardinal Place
Dublin, OH 43017

Chad A. Monnin Rev. Trust dtd 1/28/08
c/o Chad Monnin
4527 Northgate Rd.
New Albany, OH 43054

Chad Utrup
8173 Tillinghast Dr.
Dublin, OH 43017

Cheryl Krueger
7130 Greensward Road
New Albany, OH 43054

Colleen Victory
43650 Diamondback Way
Steamboat Springs, CO 80487

David Bianconi
7825 Red Bank Road
Westerville, OH 43082

**Doug Geubelle**
**PO Box 203**
**309 W. Main**
**Lakin, KS 67860**

**Early Stage Partners II L.P.**
**Attn: Jim Petras**
**1801 East Ninth Street, Suite 1700**
**Cleveland, OH 44114**

**ECE Capital LLC**
**Squire Ridge Company, LLC**
**Attn: Steve Ross**
**2000 Auburn Drive, Suite 300**
**Beachwood, OH 44122**

**Elizabeth J. Swaro**
**4289 Hickory Rock Drive**
**Powell, OH 43065**

**FCIP2, LLC**
**Attn: Brett Febus**
**4700 Northwest Parkway, Suite 230**
**Hilliard, OH 43026**

**Floyd D. Loop, Trustee under Trust Agree**
**Attn: John F. Shelley**
**4900 Key Tower 127 Public Square**
**Cleveland, OH 44114**

**GC Squared, LLC**
**Attn: Paul Gross**
**996 US HWY 42 SE**
**London, OH 43140**

**Hallberg Family Investments LLC**
**c/o Charles Hallberg**
**3500 Rum Row**
**Naples, FL 34102**

**Hondros Family Real Estate LLC**
**Attn: John Hondros**
**4140 Executive Parkway**
**Westerville, OH 43081**

**HS Investors LLC**
**c/o Wayne Wellman**
**145 Rose Street**
**Lexington, KY 40507**

**Hugh Cathey**
**7828 Scioto Crossing Blvd.**
**Dublin, OH 43016**

**Jake Juhl**
**506 East Thorpe Street**
**Lakin, KS 67860**

**James C. Althans, Trustee of the**
**James C. Althans Trust**
**Attn: James Althans**
**16945 Cats Den Road**
**Chagrin Falls, OH 44023**

**James H. Hummer**
**206 East 17th Street, Apt. 5A**
**New York, NY 10003**

**James J. Hummer**
**9205 Veneto Lane**
**Naples, FL 34113**

**Jeffrey H. Kuhr**
**11 Rutland Road**
**Scarsdale, NY 10583**

**Kimberly Kryvick Revocable Trust**
**c/o Kimberly Kryvicky**
**2256 Residence Circle**
**Naples, FL 34105**

**KTM2 LLC**
**Attn: Matt Condon**
**6400 Glenwood, Bldg 4, Ste. 111**
**Overland Park, KS 66202**

**Louis Hogan**
**3301 Carroll Avenue**
**Owings Mills, MD 21117**

**Luxemburg Capital LLC**
**Attn: Jen Rasmussen**
**6060 Parkland Blvd., Suite 100**
**One Chagrin Highlands**
**Cleveland, OH 44124**

**Marc Glassman**
**5841 W. 130th Street**
**Cleveland, OH 44130**

**McDonald HealthSpot LLC**
**Attn: Thomas McDonald**
**959 West St. Clair Avenue, Suite 300**
**Cleveland, OH 44113**

**Mervin Dunn and Patricia May Dunn**
**1404 Monte Grande Pl.**
**Pacific Palisades, CA 90272**

**Mission Essential Personnel, LLC**
**Attn: Kent Kiffner**
**6525 West Campus Oval, Suite 101**
**New Albany, OH 43054**

**Mitchell Silver**
**7755 Arboretum Court**
**New Albany, OH 43054**

**Nottingham New Ventures, Ltd.**
**c/o John Nottingham**
**19 East Hanna Lane**
**Bratenahl, OH 44108**

**R. Stephen Barrett, Jr.**
**dba Barrett Advisory**
**60 Seagate Dr., Apt. #1701**
**Naples, FL 34103**

**Raymond G. Seuffert, Jr.**
**37218 Wexford Drive**
**Solon, OH 44139**

**Richard Benson**
**608 Jackson Street**
**Lafayette, CO 80026**

**Robert K. Beymer**
**1472 Road R3**
**Lakin, KS 67860**

**Spirk New Ventures, Ltd.**
**c/o John Spirk**
**7890 Bringham Road**
**Gates Mills, OH 44040**

**Steve Cashman**
**10158 Windsor Way**
**Powell, OH 43065**

**Todd W. Churchill**
**5205 NW 78th Terrace**
**Kansas City, MO 64151**

**TVII Corporation**
**Attn: Dan Harrington**
**30195 Chagrin Blvd., Suite 310-N**
**Cleveland, OH 44124**

**Ward Nairn**
**201 N. Graves Street**
**Johnson, KS 67855**

☐ None [*Check if applicable*]

**January 13, 2016**

Date

/s/ David M. Whittaker Esq.

**David M. Whittaker Esq. 0019307**

Signature of Attorney or Litigant

Counsel for    **HealthSpot Inc.**

**Bricker & Eckler LLP**
**100 South Third Street**
**Columbus, OH 43215**
**614-227-2355 Fax:614-227-2390**
**dwhittaker@bricker.com**