# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-50183 |
| HEALTHSPOT INC., | CHAPTER 7 |
| Debtor. | Judge Charles M. Caldwell |

## NOTICE OF DESIGNATION OF RESPONSIBLE PERSON FOR DEBTOR HEALTHSPOT INC.

HealthSpot Inc., the Debtor in this Chapter 7 case (the "Debtor") provides notice pursuant to the provisions of Local "Bankruptcy Rule 1074-1(c) and (d) of the following Responsible Person to act on behalf of the Debtor in this case.

Steve Cashman
10158 Windsor Way
Powell, OH 43065

Respectfully submitted,

/s/ David M. Whittaker
David M. Whittaker, Esq.     (0019307)
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com
*Counsel for HealthSpot Inc.*

9853135v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice of Designation of Responsible Person for the Debtor was served upon the following parties in the manner indicated on January 14, 2016.

/s/ David M. Whittaker
David M. Whittaker, Esq.
*Attorney for HealthSpot Inc.*

The following party was served by ECF at the email address registered with the Court:

United States Trustee

The following party was served by U.S. mail at the address indicated:

Steve Cashman
10158 Windsor Way
Powell, OH  43065

9853135v1