**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: February 29, 2016**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 16-50183 |
| HEALTHSPOT, INC. | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Caldwell |

### ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER SCHEDULING AN EXPEDITED HEARING ON MOTION OF CHAPTER 7 TRUSTEE FOR APPROVAL OF DUE DILIGENCE PROCEDURES IN ANTICIPATION OF SALE OF ASSETS (DOC. 58)

This matter is before the Court upon the *Motion of Chapter 7 Trustee for an Order Scheduling an Expedited Hearing on Motion of Chapter 7 Trustee for Approval of Due Diligence Procedures in Anticipation of Sale of Assets* (the "Expedited Hearing Motion") (Doc. 58) filed on February 29, 2016, by Myron N. Terlecky, Chapter 7 Trustee (the "Trustee"). Through the Expedited Hearing Motion and pursuant to Local Bankruptcy Rule 9073-1, the Trustee seeks an Order scheduling an expedited hearing on the *Motion of Chapter 7 Trustee for Approval of Due*

*Diligence Procedures in Anticipation of Sale of Assets* filed on February 29, 2016 (the "Due Diligence Motion") (Doc. 56).

The Court has considered the information in the Claim Motion and finds that it is appropriate to grant the Motion for Expedited Hearing.

It is therefore ORDERED and DECREED that the Expedited Hearing Motion shall be, and it hereby is, granted; and it is further,

ORDERED and DECREED that the Court will conduct an expedited hearing on the *Motion of Chapter 7 Trustee for Approval of Due Diligence Procedures in Anticipation of Sale of Assets* (the "Due Diligence Motion") (Doc. 56). The expedited hearing will be held on March 9, 2016 at 3:00 p. m. United States Bankruptcy Court, Courtroom B, 170 North High Street, Columbus, Ohio 43215. Parties wishing to have their views heard on the Due Diligence Motion must attend the expedited hearing; and it is further,

ORDERED and DECREED, in accordance with this Court's procedures, a copy of the Notice of the Expedited Hearing shall be served as soon as practicable after the Entry of this Order on the parties set forth in the Expedited Hearing Motion as follows:

Such service is deemed to be sufficient and adequate notice under the circumstances and in compliance with the applicable provisions of the Bankruptcy Code, the Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules; and it is further,

ORDERED and DECREED that the Debtor shall file a Certificate of Service with the Court showing the date of the service.

IT IS SO ORDERED.

Submitted By:

/s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email: mnt@columbuslawyer.net
jwk@columbuslawyer.net
Attorneys for the Chapter 7 Trustee

Copies to All Creditors

# # #