**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: March 9, 2016**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 16-50183 |
| HEALTHSPOT, INC. | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Caldwell |

### ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE
### FOR APPROVAL OF DUE DILIGENCE PROCEDURES
### IN ANTICIPATION OF SALE OF ASSETS (DOC. 56)

This matter came before the Court on an expedited hearing on March 9, 2016 upon the *Motion of Chapter 7 Trustee for Approval of Due Diligence Procedures in Anticipation of Sale of Assets* (the "Due Diligence Motion") (Doc. 56) filed on February 29, 2016, by Myron N. Terlecky, Chapter 7 Trustee (the "Trustee"). Through the Due Diligence Motion, the Trustee seeks an Order approving certain procedures taken or anticipated to be taken by the Trustee in connection with the possible sale of substantially all of the assets of the Debtor.

The Court has considered the information in the Due Diligence Motion as well as the presentation and argument by the Trustee at the expedited hearing, and the Court finds that it is appropriate to grant the Due Diligence Motion.

It is therefore ORDERED and DECREED that the Due Diligence Motion shall be, and it hereby is, granted; and it is further,

ORDERED and DECREED that the Trustee is authorized to use a "data room" website to disseminate information about the Debtor pursuant to the terms set forth in the Due Diligence Motion; and it is further,

ORDERED and DECREED, that the Trustee is authorized to use a "Non-Disclosure and Confidentiality Agreement" in substantially the same form as attached to the Due Diligence Motion in connection with the parties interested in acquiring assets of the Debtor.

IT IS SO ORDERED.


Submitted By:


  /s/  Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email:  mnt@columbuslawyer.net
        jwk@columbuslawyer.net
Attorneys for the Chapter 7 Trustee


Copies to All Creditors


# # #