UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 16-50183 |
| | : | Chapter 7 |
| HealthSpot, Inc. | : | |
| | : | |
| Debtor. | : | Judge Caldwell |

**WITHDRAWAL OF PROOF OF CLAIM NO. 44**

The undersigned Special Counsel for the State of Ohio, Development Services Agency, states that that a Proof of Claim No. 44 was filed on October 27, 2016 in error. Therefore the Proof of Claim No. 44 is hereby withdrawn.

                        Respectfully submitted,

                        Mike DeWine,
                        Ohio Attorney General

By:   /s/ Raymond J. Pikna, Jr.
       Raymond J. Pikna, Jr. (0013135)
       600 Vine Street, Suite 2500
       Cincinnati, Ohio 45202-2491
       Telephone: (513) 852-6039
       Fax: (513) 852-6087
       Email: rjpikna@woodlamping.com
       Special Counsel for Ohio Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2016, a copy of the foregoing Withdrawal of Proof of Claim (No. 44) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Filing System. Parties may access this filing through the Court's system:

Asst US Trustee (Col)
ustpregion09.cb.ecf@usdoj.gov

James P Botti on behalf of Interested Party Rite Aid Hdqtrs. Corp.
jbotti@porterwright.com

David J Coyle on behalf of Creditor ProMedica Physicians and Continuum Services
dcoyle@slk-law.com

Erin Edelman on behalf of Creditor Computerized Screening, Inc.
eedelman@armstrongteasdale.com

Jennifer Fate on behalf of Creditor Ohio Department of Taxation
fate@mmmb.com, admin@mmmb.com

Robert Austin Flaugher on behalf of Creditor Harris, Mackessy & Brennan, Inc.
rflaugher@joneslg.com

David L Going on behalf of Creditor Computerized Screening, Inc.
dgoing@armstrongteasdale.com, oharmon@armstrongteasdale.com

Christopher E. Grove on behalf of Creditor Executive Travel Planners, Inc.
chris@sammonslaw.net

Paul R Hage on behalf of Creditor 545 Metro Place, LLC
phage@jaffelaw.com

Henry J Jaffe on behalf of Interested Party Rite Aid Hdqtrs. Corp.
jaffeh@pepperlaw.com, lanoc@pepperlaw.com

Adam B Landon on behalf of Creditor Dell Financial Services, LLC
landon@ccj.com

Adam B Landon on behalf of Creditor Dell Marketing, LP
landon@ccj.com

Andrew Scott Nicoll on behalf of Interested Party Rite Aid Hdqtrs. Corp.
anicoll@porterwright.com

Michael V. Passella on behalf of King Business Interiors, Inc.
michael.passella@fisherbroyles.com

Christopher E. Prince on behalf of Creditor Kaiser Foundation
cprince@lesnickprince.com

Tim J Robinson on behalf of Creditor NSF Leasing, Inc.
tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com

Donn D Rosenblum on behalf of Creditor Ohio Development Services Agency
donn.rosenblum@jfs.ohio.gov

Keith A Savidge on behalf of Creditor Kaiser Foundation
kasavidge@sseg-law.com

Sabrina L Streusand on behalf of Creditor Dell Financial Services, LLC
streusand@slollp.com, prentice@slollp.com

Sabrina L Streusand on behalf of Creditor Dell Marketing, LP
streusand@slollp.com, prentice@slollp.com

Daniel R Swetnam on behalf of Creditor JNH Logistics, LLC
Daniel.Swetnam@icemiller.com, Deborah.Wolf@icemiller.com

Daniel R Swetnam on behalf of Creditor Right Way Supply Chain Solutions, LLC
Daniel.Swetnam@icemiller.com, Deborah.Wolf@icemiller.com

Myron N Terlecky
mnt@columbuslawyer.net; oh41@ecfcbis.com;mnt@trustesolutions.net;
HABTrustee@columbuslawyer.net

Myron N Terlecky on behalf of Trustee Myron N Terlecky
mnt@columbuslawyer.net, mlv@columbuslawyer.net

Zebulon N. Wagner on behalf of Creditor Humble Construction Company
zwagner@tdhlaw.com, lschroeder@tdhlaw.com

David M Whittaker on behalf of Debtor HealthSpot Inc.
dwhittaker@bricker.com

And served by ordinary U.S. mail, postage prepaid, on:

Alchemy Graphics LLC
361 Monroe Avenue
Suite 4
Kenilworth, NJ 07033

Clarus Partners, LLC
1233 Dublin Road
Columbus, OH 43215

Chris Davis
Auction Ohio
6555 Busch Blvd #250
Columbus, OH 43229

Jeffrey K Neiheisel on behalf of Creditor Xerox Business Services, LLC
101 Yorkshire Blvd

Oracle America, Inc.
Buchalter Nemer PC
c/o Shawn M. Christianson
55 2nd St., 17th
San Francisco, CA 94105

Brian Turung
Fay Sharpe LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH 44115

/s/ Raymond J. Pikna, Jr.
Raymond J. Pikna, Jr.