# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 16-50183 | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | HEALTHSPOT INC. | Date Filed (f) or Converted (c): | 01/13/2016 (f) |
| For the Period Ending: | 06/30/2020 | §341(a) Meeting Date: | 02/18/2016 |
| | | Claims Bar Date: | 05/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Key Bank Checking 8226 | $85,165.19 | $85,165.19 | | $85,147.42 | FA |
| 2  Key Bank Checking 0305 | $4,430.71 | $4,430.71 | | $4,427.71 | FA |
| 3  Key Bank Checking 1170 | $228.80 | $228.80 | | $225.80 | FA |
| 4  Retainer for legal services with Dickinson Wright PLLC - may be subject to setoff | $11,534.90 | $11,534.90 | | $11,534.90 | FA |
| 5  Security deposit of $15,845.60 with Right Way Supply Chain Solutions LLC reagrding lease of warehouse space at 776 Morrison Rd. Gahanna OH - may be subject to setoff | $15,845.60 | $15,845.60 | | $0.00 | FA |
| 6  Retainer for legal services with Bennett Jones - may be subject to setoff | $5,000.00 | $5,000.00 | | $0.00 | FA |
| **Asset Notes:**     Bennett Jones filed a claim for $61,707.81 (POC 9-1), resulting in this asset as having no value,. | | | | | |
| 7  Cash advance to Steve Cashmen - may be subject to setoff | $3,229.73 | $3,229.73 | | $0.00 | FA |
| **Asset Notes:**     Debt discharged. See Case 17-57428. | | | | | |
| 8  Cash advance to Ryan Rimmel - may be subject to setoff | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 9  Prepayment to BMC - may be subject to seroff | $10,332.91 | $10,332.91 | | $0.00 | FA |
| 10  Prepayment to Vidyo Inc. - may be subject to setoff | $2,351.59 | $2,351.59 | | $0.00 | FA |
| 11  Prepayment to Paessler - may be subject to setoff | $900.00 | $900.00 | | $0.00 | FA |
| 12  Prepayment to CDW - may be subject to setoff | $1,261.32 | $1,261.32 | | $0.00 | FA |
| 13  Prepayment to Oracle Inc. - may be subject to setoff | $2,951.32 | $2,951.32 | | $0.00 | FA |
| 14  Telemedicine Kiosks - approximately 137 in the possession of the Debtor late 2015 Recent Cost | $1,824,731.34 | $0.00 | | $195,166.22 | FA |
| **Asset Notes:**     The Schedules state that the Ohio Development Services Agency has a blanket lien on all non-titled assets.  Dell Financial Services claims a security interest in the kiosks and along with NFS Leasing, claims an interest in certain computer hardware.  The claim of Dell is $608,000 and the claim of NFS is $300,000.  The Trustee has not determined the extent of any secured claim. The listed Secured claim is for all claimed security interests. | | | | | |
|     See Doc. 219.  Dell's secured claim is 131,599.55, and is randomly being attributed to this asset as the Debtor has no records that would have permitted an identification if which kiosks the respective security interests attached.  The assets in which NFS Leasing claims a security interest have been abandoned and are listed in Asset 15 although the secured status of NS Leasing was disputed.  The Trustee also received a carve out of $190,700 and is apportioned among assets 14, 15 and 23 in equal amounts of $63,566.67 (one amount will be $63,566.66 and was | | | | | |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-50183 | Trustee Name: | Myron N. Terlecky |
| Case Name: | HEALTHSPOT INC. | Date Filed (f) or Converted (c): | 01/13/2016 (f) |
| For the Period Ending: | 06/30/2020 | §341(a) Meeting Date: | 02/18/2016 |
| | | Claims Bar Date: | 05/19/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | apportioned to asset 15). | | | | | |
| 15 | Telemedicine Kiosks - approximatley 54 in the possession of customers pursuant to agreements late 2015 Recent Cost | $1,264,841.28 | $1,264,841.28 | | $357,967.11 | FA |
| **Asset Notes:** | See Notes with Asset 14. Asset Sold (Doc. 219) | | | | | |
| 16 | Demonstration kiosks Replacement Cost | $81,265.00 | $81,265.00 | | $0.00 | FA |
| **Asset Notes:** | See Notes with Asset 14. Asset Sold (Doc. 219) | | | | | |
| 17 | Other inventory and parts late 2015 Recent cost | $412,464.98 | $412,464.98 | | $0.00 | FA |
| **Asset Notes:** | See Notes with Asset 14. Asset Sold (Doc. 219) | | | | | |
| 18 | Office Furniture, Non-Leased Computers & Laptops Recent cost | $336,123.37 | $336,123.37 | | $92,808.55 | FA |
| **Asset Notes:** | See Notes with Asset 14 as to alleged secured claims. | | | | | |
| 19 | 2000 Lexus RX300 $2,300.00 NADA | $2,300.00 | $2,300.00 | | $4,400.00 | FA |
| 20 | Tooling Replacement | $645,940.24 | $22,300.00 | | $22,300.00 | FA |
| **Asset Notes:** | See Notes with Asset 14. Asset Sold (Doc. 219) | | | | | |
| 21 | Registered trade name "HealthSpot" | Unknown | $1.00 | | $0.00 | FA |
| **Asset Notes:** | See Notes with Asset 14. Asset Sold (Doc. 219) | | | | | |
| 22 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | See Notes with Asset 14. Asset Sold (Doc. 219) | | | | | |
| 23 | Intellectual property rights and patents associated with the telemedicine business of the Debtor | Unknown | $489,566.67 | | $524,566.67 | FA |
| **Asset Notes:** | See Notes with Asset 14. Asset Sold (Doc. 219) | | | | | |
| 24 | Promissory Note owed by Steve Cashman for the purchase of stock of the Debtor and secured by the stock | $0.00 | $375,000.00 | | $0.00 | FA |
| **Asset Notes:** | The amount listed is the principal amount of the note. Debt discharged. See Case 17-57428. | | | | | |
| 25 | Promissory Note owed by Steve Cashman to the Debtor for the purchase of stock and secured by the stock | $0.00 | $200,000.00 | | $0.00 | FA |
| **Asset Notes:** | The amount listed is the principal amount of the note. Debt discharged. See Case 17-57428. | | | | | |
| 26 | Philadelphia Insurance Companies Liability Policy - with bankruptcy exclusions, may not provide coverage and may not be property of the bankruptcy estate | Unknown | $1.00 | OA | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| **Case No.:** | 16-50183 |
| **Case Name:** | HEALTHSPOT INC. |
| **For the Period Ending:** | 06/30/2020 |

| | |
|---|---|
| **Trustee Name:** | Myron N. Terlecky |
| **Date Filed (f) or Converted (c):** | 01/13/2016 (f) |
| **§341(a) Meeting Date:** | 02/18/2016 |
| **Claims Bar Date:** | 05/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Asset Notes:** The value of this asset is listed as $1.00 as a litigation strategy and is not reflective of what may be the actual value.

This Asset is related to the claims against the Officers and Directors that was abandoned on November 11, 2019.  See Doc. 327.

| 27 | The Debtor has filed a lawsuit against Computerized Screening Inc. to enforce intellectual property rights of record as Case No. 14 cv 00804 US District Court for the Northern District of Ohio Eastern Division. The Debtor was successful in the District Ct. in obtaining an order that Computerized Screening Inc. did not have rights in the Debtor's intellectual property and Computerized Screenign Inc. has appealed that decision to the Court of Appeals. Unknown Nature of claim Enforcement of intellectual property rights Amount requested $0.00 | Unknown | $1.00 | | $0.00 | FA |

**Asset Notes:** Asset Sold.  See Doc. 219 and notes to Asset 14.

| 28 | Petty Cash (u) | $137.08 | $137.08 | | $137.08 | FA |
| 29 | Verizon Overpayments (u) | $0.00 | $216.27 | | $414.04 | FA |
| 30 | Huntington Bank ACH Refund (u) | $0.00 | $66.85 | | $66.85 | FA |
| 31 | American Electric--Appliance Recycling Rebate (u) | $0.00 | $261.48 | | $65.00 | FA |
| 32 | Accounts Receivable | $456,462.22 | $506,462.22 | | $0.00 | FA |

**Asset Notes:** See Notes with Asset 14. Asset Sold (Doc. 219)

| 33 | Avoidance Claims (u) | $0.00 | $3,406,800.00 | | $794,300.00 | FA |
| 34 | Other Inventory or supplies | $412,464.98 | $412,464.98 | | $0.00 | FA |

**Asset Notes:** See Notes with Asset 14. Asset Sold (Doc. 219)

| 35 | Licenses, franchises, and royalties | Unknown | $4,160,522.71 | | $0.00 | FA |

**Asset Notes:** See Notes with Asset 14. Asset Sold (Doc. 219)

| 36 | Fork Lift (u) | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** This asset is separately listed as Wells Fargo claims a security interest in this asset.  See Check 3025, Dated 8/1/2016.

| 37 | Insurance Refund from Arthur Krenzel Lett Insurance Group (u) | $0.00 | $526.32 | | $526.32 | FA |

| | | | | | **Gross Value of Remaining Asset** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $5,581,962.56 | $11,816,554.28 | | $2,094,053.67 | $0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-50183 | Trustee Name: | Myron N. Terlecky |
| Case Name: | HEALTHSPOT INC. | Date Filed (f) or Converted (c): | 01/13/2016 (f) |
| For the Period Ending: | 06/30/2020 | §341(a) Meeting Date: | 02/18/2016 |
| | | Claims Bar Date: | 05/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

---

**Major Activities affecting case closing:**

06/30/2020   On October 7, 2019, an Order was entered approving a compromise that resulted in the settlement of the remaining pending adversary proceeding (Doc. 318). The settlement payment that was the subject of the referenced compromise were received on October 23, 2019.

On October 24, 2019, Orders were entered sustaining objections to Claims 32, 43, 46 and 48 (See, Doc. 320, 321). On October 30, 2019, a Stipulation was filed as to the treatment of Claim 37 (See, Doc. 324). On December 4, 2019, an Order was entered authorizing a distribution to a Priority Wage Claimant (See, Doc. 329). A distribution was made to the Priority Wage Claimant by check issued on December 31, 2019.

On December 11, 2019, an Order was entered approving Special Counsel's Final Fee Application (See, Doc. 331). On December 31, 2019, an Order was entered approving the Final Fee Application for the Expert Witness employed in this case (See, Doc. 333). Checks were issued to Special Counsel by the end of the year and a check was issued to the Expert Witness on January 2, 2020.

An Order was entered on March 20, 2020, authorizing the Trustee to shred certain business records used by special counsel in the litigation referenced above (See. Doc 318). Because of the stay at home order from the governor in response to the COVID-19 pandemic, the offices of special counsel have been closed as all attorneys and staff are working remotely. The offices were reopened at the beginning of June, 2020, and the shredding occurred.

The final tax returns were completed by the accountant and sent to the taxing authorities on March 6, 2020. The Final Fee Application was filed on May 27, 2020 (Doc. 342). Once the Order approving the Fee Application is entered, the closing process will begin.

06/30/2020   The shredding occurred on June 1, 2020. The final fee application for the accountant was filed on May 27, 2020. Upon entry of the Order, the payment to the accountant and the check being cashed, the Final Report will be filed.

06/30/2019   The pending adversary (See, Adv Pro 18-2006) was scheduled for trial on July 17, 2019. A motion for withdrawal of reference was filed seeking to remove that matter to the U.S. District Court. No further action has been taken by the District Court.

The closing date will depend on the resolution of this adversary proceeding and the filing of final tax returns.

06/30/2018   There is one remaining avoidance action being prosecuted (See, 18-2006), with a trial scheduled in late 2019. Remaining claims are being considered.

06/30/2017   The Trustee has begun prosecuting avoidance claims and continues to investigate other claims that remain property of the bankruptcy estate.

06/30/2016   All personal property and certain related assets have been sold (See, Doc. 178 and 219). The Trustee is investigating any avoidance claims and other claims that remain property of the bankruptcy estate.
Authority to terminate the retirement plan was obtained (See, Doc. 191).

04/14/2016   A Data Room was established to assist in the sale of assets (Doc 76).
An accountant was employed to prepare the appropriate tax returns (Doc. 86).
Special counsel was employed to represent the bankruptcy estate in intellectual property litigation (Doc. 69).
An Auctioneer was employed to conduct an inventory of the Debtor's assets and to be available to sell any of the Debtor's assets in the event the Trustee is unable to do so (Doc. 104).
The Trustee is negotiating with parties to sell a majority of the Debtor's assets and hopes to file a motion shortly in that regard.
The Trustee is reviewing all documentation to determine the extent of all claimed security interests.

Page No:   5

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | |
|---|---|
| **Case No.:** 16-50183 | **Trustee Name:** Myron N. Terlecky |
| **Case Name:** HEALTHSPOT INC. | **Date Filed (f) or Converted (c):** 01/13/2016 (f) |
| **For the Period Ending:** 06/30/2020 | **§341(a) Meeting Date:** 02/18/2016 |
| | **Claims Bar Date:** 05/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**  12/29/2017 | **Current Projected Date Of Final Report (TFR):**  09/30/2020 | /s/ MYRON N. TERLECKY | |
| | | MYRON N. TERLECKY | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 16-50183 | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | HEALTHSPOT INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7250 | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/02/2016 | | Keybank | Closed Debtor's Bank Account | * | $89,800.93 | | $89,800.93 |
| | {1} | | $85,147.42 | 1129-000 | | | $89,800.93 |
| | {2} | | $4,427.71 | 1129-000 | | | $89,800.93 |
| | {3} | | $225.80 | 1129-000 | | | $89,800.93 |
| 02/02/2016 | (28) | HealthSpot Inc. | Petty Cash | 1229-000 | $137.08 | | $89,938.01 |
| 02/16/2016 | 3001 | Mitchell Insurance Agency, Inc. | Insurance Premium | 2420-750 | | $10,015.00 | $79,923.01 |
| 02/16/2016 | 3002 | JNH Logistics | Warehouse Rent--February | 2410-000 | | $10,500.00 | $69,423.01 |
| 02/17/2016 | 3003 | 545 Metro Place, LLC | Payment of Rent | 2410-000 | | $26,229.51 | $43,193.50 |
| 02/26/2016 | (29) | Verizon Wireless | Return of Overpayment | 1290-000 | $216.27 | | $43,409.77 |
| 02/26/2016 | (29) | Verizon Wireless | Return of Overpayment | 1290-000 | $196.48 | | $43,606.25 |
| 02/26/2016 | (30) | Huntington National Bank | ACH Return | 1290-000 | $41.05 | | $43,647.30 |
| 02/26/2016 | (31) | American Electric Power | Payment from Recycling Program | 1290-000 | $65.00 | | $43,712.30 |
| 03/01/2016 | (4) | Dickinson Wright PLLC | Return of Retainer | 1141-000 | $11,534.90 | | $55,247.20 |
| 03/01/2016 | 3004 | JNH Logistics | Payment of Warehouse Rent--March | 2410-000 | | $10,500.00 | $44,747.20 |
| 03/01/2016 | 3005 | American Electric Power | Payment of Electric Bill #108-317-741-3-7 | 2420-000 | | $729.15 | $44,018.05 |
| 03/01/2016 | 3006 | 545 Metro Place, LLC | Payment of Rent--March | 2410-000 | | $26,229.51 | $17,788.54 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $118.29 | $17,670.25 |
| 03/04/2016 | 3003 | STOP PAYMENT: 545 Metro Place, LLC | Payment of Rent | 2410-004 | | ($26,229.51) | $43,899.76 |
| 03/04/2016 | 3007 | 545 Metro Place, LLC | Payment of Rent | 2410-000 | | $26,229.51 | $17,670.25 |
| 03/16/2016 | 3008 | American Electric Power | Payment of Electric Bill Re: Gahanna #108-317-741-3-7 | 2420-000 | | $160.85 | $17,509.40 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $76.27 | $17,433.13 |
| 04/05/2016 | 3009 | JNH Logistics | Payment of Gas Charges for Leased Property | 2420-000 | | $3,443.91 | $13,989.22 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $24.01 | $13,965.21 |
| 05/18/2016 | (29) | Verizon Wireless | Payment from Verizon | 1290-000 | $1.29 | | $13,966.50 |

| | | | SUBTOTALS | $101,993.00 | $88,026.50 |
|---|---|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-50183 | |
| **Case Name:** | HEALTHSPOT INC. | |
| **Primary Taxpayer ID #:** | **-***7250 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2019 | |
| **For Period Ending:** | 06/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Myron N. Terlecky |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0125 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/18/2016 | 3010 | Dan Schrader | Payment for Disassembly, Packing & Moving of Kiosks | 2420-000 | | $1,000.00 | $12,966.50 |
| 05/26/2016 | 3011 | Dan Schrader | Payment of Remaining Amount Due for Disassembly, Packing & Moving Kiosks | 2420-000 | | $1,870.00 | $11,096.50 |
| 05/27/2016 | | American Electric Power | Refund of Overpayment on Electric Bill | 2420-000 | | ($328.59) | $11,425.09 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $21.84 | $11,403.25 |
| 06/02/2016 | 3012 | Franklin Computer Services Group | Disconnect & Ship Equipment to Storage $3,700.00 Equipment Storage Through 7-31-16 $520.00 Taxes $316.50 | 2420-000 | | $4,536.50 | $6,866.75 |
| 06/07/2016 | | Chris Davis - Auction Ohio | Payment on Auctioned Property | * | $97,208.55 | | $104,075.30 |
| | {18} | | $92,808.55 | 1129-000 | | | $104,075.30 |
| | {19} | | $4,400.00 | 1129-000 | | | $104,075.30 |
| 06/15/2016 | 3013 | 545 Metro Place, LLC | Payment of Rent for April and May, 2016 | 2410-000 | | $52,459.02 | $51,616.28 |
| 06/27/2016 | | Rite Aid Corporation | Payment on Sale of IP | * | $1,000,000.00 | | $1,051,616.28 |
| | {23} | | $489,566.67 | 1129-000 | | | $1,051,616.28 |
| | {20} | | $22,300.00 | 1129-000 | | | $1,051,616.28 |
| | {15} | | $357,967.11 | 1129-000 | | | $1,051,616.28 |
| | {14} | | $130,166.22 | 1129-000 | | | $1,051,616.28 |
| 06/27/2016 | | Transfer From: #******0142 | Transferring Funds from Escrow to Return Deposit and Sale Closed | 9999-000 | $200,000.00 | | $1,251,616.28 |
| 06/28/2016 | 3014 | PJGIP, LLC | Return of Deposit.  See Order Doc. 193.  Not Estate Funds. | 1129-002 | ($100,000.00) | | $1,151,616.28 |
| 06/28/2016 | 3015 | PJGIP, LLC | Break-Up Fee.  See Order Doc. 219 | 2990-000 | | $35,000.00 | $1,116,616.28 |
| 06/28/2016 | 3016 | Treasurer, State of Ohio | Re: Ohio Development Services Agency See Order, Doc. 219.  Reimbursement of Administrative Rent Paid by the State of Ohio. | 2410-000 | | $37,596.77 | $1,079,019.51 |
| 06/28/2016 | 3017 | Treasurer, State of Ohio | Re: Ohio Development Services Agency See Order, Doc. 219. Payment of Personal Property Lien | 4210-000 | | $426,000.00 | $653,019.51 |
| | | | **SUBTOTALS** | | $1,197,208.55 | $558,155.54 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-50183 | | Trustee Name: | Myron N. Terlecky |
| Case Name: | HEALTHSPOT INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7250 | | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2016 | 3018 | Commerical Vehicle Group, Inc. | See Order, Doc. 219. Payment of Personal Property Lien | 4210-000 | | $22,300.00 | $630,719.51 |
| 06/28/2016 | 3019 | Treasurer, State of Ohio | Re: Ohio Development Services Agency See Order, Doc. 219. Payment of Personal Property Lien | 4210-000 | | $294,400.45 | $336,319.06 |
| 06/28/2016 | 3020 | Dell Financial Services | See Order, Doc. 219. Payment of Personal Property Lien | 4210-000 | | $131,599.55 | $204,719.51 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $334.02 | $204,385.49 |
| 07/07/2016 | | Berkshire Hathaway Homestate Insurance Co. | Refund on Insurance Premium | 2420-752 | | ($2,779.00) | $207,164.49 |
| 07/08/2016 | 3021 | JNH Logistics, LLC | Payment for Admin. and Warehouse Labor and Repair | 2420-000 | | $5,924.57 | $201,239.92 |
| 07/13/2016 | 3022 | Auction Ohio | Payment of Compensation to Auctioneer Order Entered 7-12-16 | 3610-000 | | $9,720.85 | $191,519.07 |
| 07/13/2016 | 3023 | Auction Ohio | Payment of Auctioneer Expenses Order Entered 7-12-16 | 3620-000 | | $4,074.32 | $187,444.75 |
| 07/25/2016 | 3024 | Ohio Mobile Shredding | Payment for Shredding Services at Warehouse Order Docket #219 | 2420-000 | | $309.85 | $187,134.90 |
| 07/26/2016 | | Berkshire Hathaway Homestate Insurance Company | Refund on Insurance Premium | 2420-752 | | ($3,879.00) | $191,013.90 |
| 08/01/2016 | 3025 | Wells Fargo Equipment Finance | Payment Re: Sale of Forklift | 4210-000 | | $5,872.83 | $185,141.07 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $535.37 | $184,605.70 |
| 08/15/2016 | 3026 | MYRON N TERLECKY, ESQ. | Payment of Attorney Fees Order Entered 8-10-16 | 3110-000 | | $128,101.25 | $56,504.45 |
| 08/15/2016 | 3027 | MYRON N TERLECKY, ESQ. | Payment of Attorney Expenses Order Entered 8-10-16 | 3120-000 | | $12,087.71 | $44,416.74 |
| 08/24/2016 | (37) | Arthur Krenzel Lett Insurance Group | Refund of Insurance Monies Previously Paid by Debtor | 1221-000 | $526.32 | | $44,943.06 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $198.13 | $44,744.93 |
| 09/16/2016 | 3028 | JNH Logistics | Labor for May Inv. No. 16065 | 2420-000 | | $3,200.00 | $41,544.93 |

| | | | **SUBTOTALS** | | $526.32 | $612,000.90 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 16-50183 | | | **Trustee Name:** | | Myron N. Terlecky |
| **Case Name:** | HEALTHSPOT INC. | | | **Bank Name:** | | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***7250 | | | **Checking Acct #:** | | ******0125 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 07/01/2019 | | | **Blanket bond (per case limit):** | | $2,000,000.00 |
| **For Period Ending:** | 06/30/2020 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 09/16/2016 | 3029 | JNH Logistics | Payment for Trash Pick-Up & Labor Inv. No. 16068 | 2420-000 | | $2,400.00 | $39,144.93 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $68.44 | $39,076.49 |
| 10/13/2016 | 3030 | FAY SHARPE LLP | Payment of Special Counsel Fees Order Entered 9/27/2016 | 3210-600 | | $18,254.00 | $20,822.49 |
| 10/13/2016 | 3031 | FAY SHARPE LLP | Payment of Special Counsel Expenses Order Entered 9/27/2016 | 3220-610 | | $11,115.76 | $9,706.73 |
| 11/02/2016 | (33) | Information Control Company LLC | Payment on Avoidance Claim | 1241-000 | $3,000.00 | | $12,706.73 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $43.20 | $12,663.53 |
| 11/08/2016 | (33) | United Healthcare Services Inc. | Payment of Avoidance Claim | 1241-000 | $115,000.00 | | $127,663.53 |
| 11/17/2016 | (33) | Vidyo, Inc. | Payment on Avoidance Claim | 1241-000 | $18,900.00 | | $146,563.53 |
| 11/28/2016 | 3032 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $57.31 | $146,506.22 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $163.99 | $146,342.23 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $236.20 | $146,106.03 |
| 01/05/2017 | 3033 | Clarus Partners, LLC | Payment of Accountant Fees--Order Entered 1/3/2017 | 3410-000 | | $6,500.00 | $139,606.03 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $228.74 | $139,377.29 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $203.22 | $139,174.07 |
| 03/31/2017 | 3034 | Franklin Computer Services Group | Payment of Invoice Re Download of Data Order Entered 3-29-2017 | 2420-000 | | $1,035.00 | $138,139.07 |
| 04/03/2017 | (30) | Huntington National Bank | ACH Return | 1290-000 | $25.80 | | $138,164.87 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $224.65 | $137,940.22 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $216.73 | $137,723.49 |
| 05/17/2017 | (33) | Robert Half International Inc | Payment on Avoidance Claim | 1241-000 | $17,000.00 | | $154,723.49 |
| 05/18/2017 | (33) | EXECUTIVE TRAVEL PLANNERS, INC. | Payment on Avoidance Claim | 1241-000 | $5,000.00 | | $159,723.49 |
| 05/19/2017 | (33) | Smith Drug Company | Payment on Preference Claim--J M Smith Corp. | 1241-000 | $80,000.00 | | $239,723.49 |
| 05/23/2017 | (33) | NFS Leasing, Inc. | Payment on Settlement | 1241-000 | $11,000.00 | | $250,723.49 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $284.30 | $250,439.19 |

**SUBTOTALS**        $249,925.80        $41,031.54

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-50183 | |
| **Case Name:** | HEALTHSPOT INC. | |
| **Primary Taxpayer ID #:** | **-***7250 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2019 | |
| **For Period Ending:** | 06/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Myron N. Terlecky |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0125 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2017 | 3035 | MYRON N TERLECKY, ESQ. | Payment of Attorney Fees Order Entered 6-1-2017 | 3110-000 | | $55,770.00 | $194,669.19 |
| 06/08/2017 | 3036 | MYRON N TERLECKY, ESQ. | Payment of Expenses Order Entered 6-1-2017 | 3120-000 | | $2,175.97 | $192,493.22 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $333.88 | $192,159.34 |
| 07/17/2017 | (33) | Yamamoto | Payment on Claim | 1241-000 | $15,000.00 | | $207,159.34 |
| 07/17/2017 | (33) | Early Security Services | Payment on Claim | 1241-000 | $500.00 | | $207,659.34 |
| 07/19/2017 | (33) | Early Security Services | Payment on Avoidance Claim | 1241-000 | $500.00 | | $208,159.34 |
| 07/25/2017 | (33) | HTV Industries | Payment on Claim (TVII Corp.) | 1241-000 | $69,000.00 | | $277,159.34 |
| 07/28/2017 | (33) | ARROW ELECTRONICS, INC. | Payment on Claim | 1241-000 | $3,400.00 | | $280,559.34 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $343.56 | $280,215.78 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $904.57 | $279,311.21 |
| 09/13/2017 | (33) | NOTTINGHAM-SPIRK DESIGN ASSOCIATES | Payment of Settlement | 1241-000 | $5,000.00 | | $284,311.21 |
| 09/18/2017 | (33) | EARLY SECURITY SERVICES | Final Two Payments on Settlement | 1241-000 | $1,000.00 | | $285,311.21 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $441.52 | $284,869.69 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($452.29) | $285,321.98 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $460.48 | $284,861.50 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $444.98 | $284,416.52 |
| 12/11/2017 | 3037 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment--Invoice No. 492587 Acct. No. 3192 | 2300-000 | | $25.24 | $284,391.28 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $459.09 | $283,932.19 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $458.43 | $283,473.76 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $413.42 | $283,060.34 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $456.87 | $282,603.47 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $441.33 | $282,162.14 |
| | | | **SUBTOTALS** | | $94,400.00 | $62,677.05 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 16-50183 |
| **Case Name:** | HEALTHSPOT INC. |
| **Primary Taxpayer ID #:** | **-***7250 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 07/01/2019 |
| **For Period Ending:** | 06/30/2020 |

| | |
|---|---|
| **Trustee Name:** | Myron N. Terlecky |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0125 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $455.32 | $281,706.82 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $439.93 | $281,266.89 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $453.88 | $280,813.01 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $453.15 | $280,359.86 |
| 10/24/2018 | 3038 | Clarus Partners, LLC | Payment of Accountant Fees Order Entered 10-23-18 | 3410-000 | | $5,150.00 | $275,209.86 |
| 12/12/2018 | 3039 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $90.10 | $275,119.76 |
| 01/10/2019 | 3040 | MYRON N TERLECKY, ESQ. | Payment of Attorney Fees 4-3-17 to 10-31-18 Order Entered 1-9-19 | 3110-000 | | $30,985.00 | $244,134.76 |
| 01/10/2019 | 3041 | MYRON N TERLECKY, ESQ. | Payment of Attorney Expenses 4-3-17 to 10-31-18 Order Entered 1-9-19 | 3120-000 | | $2,406.90 | $241,727.86 |
| 01/14/2019 | 3042 | James E. Arnold | Payment of Special Counsel Fees Order Entered 1-11-2019 | 3210-600 | | $38,735.24 | $202,992.62 |
| 01/14/2019 | 3043 | James E. Arnold | Payment of Special Counsel Expenses Order Entered 1-11-2019 | 3220-610 | | $746.16 | $202,246.46 |
| 01/17/2019 | 3044 | Edward T. Gavin, CTP | Retainer for Expert Witness Employment Order Entered 1-16-19 Doc. 303 | 3991-000 | | $25,000.00 | $177,246.46 |
| 06/20/2019 | 3045 | James E. Arnold | Payment of Special Counsel Fees--Second Fee App.--Order Entered 6-19-19 | 3210-600 | | $55,873.47 | $121,372.99 |
| 06/20/2019 | 3046 | James E. Arnold | Payment of Special Counsel Expenses--Second Fee App.--Order Entered 6-19-19 | 3220-610 | | $5,348.64 | $116,024.35 |
| 10/23/2019 | (33) | CARDINAL HEALTH | Payment on Compromise of Claim | 1241-000 | $450,000.00 | | $566,024.35 |
| 10/30/2019 | 3047 | Cardinal Health, Inc. | Return of Funds Due to Overpayment of Compromise. See Doc. 318 | 8500-002 | | $10,000.00 | $556,024.35 |
| 11/19/2019 | 3048 | INSURANCE PARTNERS | Bond Payments | 2300-000 | | $58.01 | $555,966.34 |
| 12/18/2019 | 3049 | James E. Arnold | Payment of Special Counsel Fees--Third and Final Order Entered 12-18-19 | 3210-600 | | $36,421.54 | $519,544.80 |
| 12/18/2019 | 3050 | James E. Arnold | Payment of Special Counsel Expenses--Third and Final--Order Entered 12-18-19 | 3220-610 | | $6,500.89 | $513,043.91 |
| | | | **SUBTOTALS** | | $450,000.00 | $219,118.23 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-50183 | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | HEALTHSPOT INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7250 | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 12/30/2019 | 3051 | Mark DeCastro | Gross Pay: $12,850.00 Employee Withholding: Soc. Security, Med. & FITWH: $5,737.53; Ohio: $642.50 Columbus: $321.25; Order Entered 12-4-19 | 5300-000 | | $6,148.72 | $506,895.19 |
| 01/02/2020 | 3052 | Edward T. Gavin, CTP | Payment of Expert Witness Fees Order Entered 12-31-19 | 3731-000 | | $71,835.00 | $435,060.19 |
| 01/02/2020 | 3053 | Edward T. Gavin, CTP | Payment of Expert Witness Expenses Order Entered 12-31-19 | 3732-000 | | $86.28 | $434,973.91 |
| 02/04/2020 | | Internal Revenue Service | Employer Federal Unemployment | 5800-000 | | $42.00 | $434,931.91 |
| 02/04/2020 | | City Treasurer | Employee Withholding | 5300-000 | | $321.25 | $434,610.66 |
| 02/04/2020 | | State of Ohio--Ohio Department of Taxation | Employer State Unemployment | 5800-000 | | $256.50 | $434,354.16 |
| 02/04/2020 | | Ohio Department of Taxation | Employee State Withholding | 5300-000 | | $642.50 | $433,711.66 |
| 02/04/2020 | | Internal Revenue Service | Employee Withholding & FICA Employer FICA & FUTA | * | | $6,720.56 | $426,991.10 |
| | | | ($4,754.50) | 5300-000 | | | $426,991.10 |
| | | | Employee FICA ($983.03) | 5300-000 | | | $426,991.10 |
| | | | Employer FICA ($983.03) | 5800-000 | | | $426,991.10 |
| 06/09/2020 | 3054 | Ohio Mobile Shredding | Payment for Shredding Order Entered 3-20-2020 Docket #339 | 2420-000 | | $115.31 | $426,875.79 |

| | | | | | **SUBTOTALS** | $0.00 | $86,168.12 |

**FORM 2**

**Page No:** 8

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-50183 | |
| **Case Name:** | HEALTHSPOT INC. | |
| **Primary Taxpayer ID #:** | **-***7250 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2019 | |
| **For Period Ending:** | 06/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Myron N. Terlecky |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0125 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | | $2,094,053.67 | $1,667,177.88 | $426,875.79 |
| | | | **Less: Bank transfers/CDs** | | | $200,000.00 | $0.00 | |
| | | | **Subtotal** | | | $1,894,053.67 | $1,667,177.88 | |
| | | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | | **Net** | | | $1,894,053.67 | $1,667,177.88 | |

| **For the period of 07/01/2019 to 06/30/2020** | | **For the entire history of the account between 01/28/2016 to 6/30/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $450,000.00 | Total Compensable Receipts: | $1,994,053.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | ($100,000.00) |
| Total Comp/Non Comp Receipts: | $450,000.00 | Total Comp/Non Comp Receipts: | $1,894,053.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $200,000.00 |
| | | | |
| Total Compensable Disbursements: | $129,148.56 | Total Compensable Disbursements: | $1,657,177.88 |
| Total Non-Compensable Disbursements: | $10,000.00 | Total Non-Compensable Disbursements: | $10,000.00 |
| Total Comp/Non Comp Disbursements: | $139,148.56 | Total Comp/Non Comp Disbursements: | $1,667,177.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 16-50183 |
| **Case Name:** | HEALTHSPOT INC. |
| **Primary Taxpayer ID #:** | **-***7250 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 07/01/2019 |
| **For Period Ending:** | 06/30/2020 |

| | |
|---|---|
| **Trustee Name:** | Myron N. Terlecky |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0142 |
| **Account Title:** | Escrow Acct |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2016 | (23) | PJGIP, LLC | | 1129-002 | $100,000.00 | | $100,000.00 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.24 | $99,968.76 |
| 06/08/2016 | | Rite Aid Headquarters | Escrow Deposit for Auction Sale | * | $100,000.00 | | $199,968.76 |
| | {14} | | $65,000.00 | 1129-000 | | | $199,968.76 |
| | {23} | | $35,000.00 | 1129-000 | | | $199,968.76 |
| 06/22/2016 | | Pinnacle Bank | Reverse bank fee | 2600-000 | | ($31.24) | $200,000.00 |
| 06/27/2016 | | Transfer To: #******0125 | Transferring Funds from Escrow to Return Deposit and Sale Closed | 9999-000 | | $200,000.00 | $0.00 |

|  |  |  |  |
|---|---|---:|---:|
| | **TOTALS:** | $200,000.00 | $200,000.00 | $0.00 |
| | **Less: Bank transfers/CDs** | $0.00 | $200,000.00 | |
| | **Subtotal** | $200,000.00 | $0.00 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $200,000.00 | $0.00 | |

**For the period of  07/01/2019 to 06/30/2020**

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 05/25/2016  to 6/30/2020**

| | |
|---|---:|
| Total Compensable Receipts: | $100,000.00 |
| Total Non-Compensable Receipts: | $100,000.00 |
| Total Comp/Non Comp Receipts: | $200,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $200,000.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10

| | |
|---|---|
| Case No. | 16-50183 |
| Case Name: | HEALTHSPOT INC. |
| Primary Taxpayer ID #: | **-***7250 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2019 |
| For Period Ending: | 06/30/2020 |

| | |
|---|---|
| Trustee Name: | Myron N. Terlecky |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0142 |
| Account Title: | Escrow Acct |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|
| $2,094,053.67 | $1,667,177.88 | $426,875.79 |

**For the period of 07/01/2019 to 06/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $450,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $450,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $129,148.56 |
| Total Non-Compensable Disbursements: | $10,000.00 |
| Total Comp/Non Comp Disbursements: | $139,148.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/25/2016 to 6/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $2,094,053.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,094,053.67 |
| Total Internal/Transfer Receipts: | $200,000.00 |
| Total Compensable Disbursements: | $1,657,177.88 |
| Total Non-Compensable Disbursements: | $10,000.00 |
| Total Comp/Non Comp Disbursements: | $1,667,177.88 |
| Total Internal/Transfer Disbursements: | $200,000.00 |

/s/ MYRON N. TERLECKY

MYRON N. TERLECKY